CO-386-online
10/03

# United States District Court
# For the District of Columbia

Institute for Policy Studies )
)
)
)
                  Plaintiff )
vs )    Civil Action No._____
)
United States Central Intelligence )
Agency )
)
                Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Institute for Policy Studies__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Institute for Policy Studies__ which have any outstanding securities in the hands of the public:

Institute for Policy Studies has no such parent companies, subsidiaries or affiliates to declare.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

#450033
BAR IDENTIFICATION NO.

Carl Messineo
Print Name

10 G Street, NE Suite 650
Address

Washington    DC    20002
City    State    Zip Code

(202) 789-4330
Phone Number