UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>1112 18TH Street, N.W.          )<br>Suite 600                                 )<br>Washington, D.C.  20036          )<br>            Plaintiff,                       )<br>    v.                                          )<br>                                                )<br>U.S. CENTRAL INTELLIGENCE  )<br>AGENCY                                   )<br>Washington, D.C.  20505          )<br>                                                )<br>            Defendant.                    )<br>_____) | Case No: 06-0960 (HHK)<br>ECF |

### **PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette, as counsel of record for the above named Defendant.

Respectfully submitted,


      /S/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Praecipe has been served on this 20th  day of June, 2006 to:

Carl Messineo
Partnership for Civil Justice
10 G Street, N.E.
Suite 650
Washington, D.C.  20002
(202) 789-4330 (phone)
(202) 789-4333 (fax)

                                      /S/
                              ANDREA McBARNETTE, D.C. Bar  #483789
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth Street, N.W.,
                              Washington, D.C. 20530
                              (202) 514-7153