AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Institute for Policy Studies

**SUMMONS IN A CIVIL CASE**

V.

United States Central Intelligence Agency

CASE NUM

CASE NUMBER   1:06CV00960

JUDGE: Henry H. Kennedy

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 05/23/2006

TO: (Name and address of Defendant)

Office of the Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)



Carl Messineo
Partnership for Civil Justice
10 G St, NE Suite 650
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

MAY 23 2006

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                 Signature of Server

              _____
              Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] □ Agent / □ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>MAY 3 0 2006 |
| 1. Article Addressed to:<br><br>Office of the Attorney General<br>Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? □ Yes<br>   If YES, enter delivery address below: □ No<br><br>3. Service Type<br>☑ Certified Mail    □ Express Mail<br>□ Registered      □ Return Receipt for Merchandise<br>□ Insured Mail    □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    □ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 0550 0000 6907 6652 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540