UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. CENTRAL INTELLIGENCE )<br>AGENCY )<br>)<br>Defendant. )<br>) | Case No: 06-0960 (HHK) |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

The defendant, the U.S. Central Intelligence Agency, ("defendant") by and through its undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  Specifically, defendant requests that the deadline to file a dispositive motion be extended from June 29, 2006 to July 20, 2006.  This is the defendant's first request for an enlargement of time and no scheduling order has been entered in this case.  Defendant did not reach Plaintiff's counsel but did leave a voice mail message with Plaintiff's counsel requesting consent to this motion.  The grounds for this motion are set forth below.

The United States Attorney's Office was served with the complaint in this case on May 30, 2006.  This relates to a request under the Freedom of Information Act.  The defendant needs additional time to respond to the complaint.  Agency counsel has informed the undersigned that the agency is presently reviewing the search conducted and its answer to the FOIA request.

This extension is sought in good faith and will not unfairly prejudice any party.  Defendant is proceeding reasonably to respond to the complaint.  Allowing the defendant some

additional time to formulate a response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time to file a dispositive motion to the complaint be extended to and including July 20, 2006.

Dated: June 22, 2006              Respectfully submitted,


/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney.


/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME and the accompanying proposed Order was filed via the Court's electronic filing system on this June 22, 2006 and is expected to be served by the Court's electronic transmission facilities to:

Carl Messineo
Partnership for Civil Justice
10 G Street, N.E.
Suite 650
Washington, D.C.  20002
(202) 789-4330 (phone)
(202) 789-4333 (fax)


                                                   /S/
                                          ANDREA McBARNETTE
                                          Assistant United States Attorney