UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES<br>1112 16th Street, N.W.<br>Suite 600<br>Washington, D.C. 20036<br><br>       Plaintiff,<br><br>       vs.<br><br>UNITED STATES CENTRAL<br>INTELLIGENCE AGENCY<br>Washington, D.C. 20505<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE**

This praecipe is to advise the Court that Plaintiff will not be filing an opposition to Defendant's Motion for Enlargement of Time, docket no. 6.


June 20, 2006                    RESPECTFULLY SUBMITTED,


____/s/_____          ____/s/_____
Brian Gaffney                          Carl Messineo (#450033)
Matt McFarland                         Mara Verheyden-Hilliard (#450031)
LAW OFFICES OF BRIAN GAFFNEY           PARTNERSHIP FOR CIVIL JUSTICE
605 Market St., Suite 505              10 G Street, N.E., Ste 650
San Francisco, CA 94105                Washington, D.C. 20002
Telephone: (415) 442-0711              Telephone: (202) 789-4330
Facsimile: (415) 442-0713              Facsimile: (202) 789-4333