AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Institute for Policy Studies

V.

United States Central Intelligence Agency

SUMMONS IN A CIVIL CASE

CASE NUMBER  1:06CV00960

CASE N   JUDGE: Henry H. Kennedy

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 05/23/2006

TO: (Name and address of Defendant)

███████ Central Intelligence Agency
Central Intelligence Agency
Washington, DC 20505

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)



Carl Messineo
Partnership for Civil Justice
10 G St, NE  Suite 650
Washington, DC 20002

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY 23 2006

CLERK                                     DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date                    *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7003 2260 0001 4053 0083

Sent To: CIA
Street, Apt. No.; or PO Box No.: WDC 20505
City, State, ZIP+4:

PS Form 3800, June 2002                    See Reverse for Instructions



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7003 2260 0001 8053 0083**
Status: **Delivered**

Your item was delivered at 4:29 am on May 30, 2006 in WASHINGTON, DC 20505.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**POSTAL INSPECTORS**  site map  contact us  government services  jobs  **National & Premier Accounts**
Preserving the Trust  Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy