UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INSTITUTE FOR POLICY STUDIES )
1112 16th Street, N.W. )
Suite 600 )
Washington, D.C. 20036 )
)
     Plaintiff, )
)
     vs. )
)
UNITED STATES CENTRAL )
INTELLIGENCE AGENCY )
Washington, D.C. 20505 )
)
     Defendant. )
_____)

**DECLARATION OF BRIAN GAFFNEY IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***
[LCvR 83.2(d)]

I, Brian Gaffney, make this declaration from personal knowledge. If called, I could and would testify competently as follows:

1. I am an attorney at law who is an active member of the State of California Bar, and I am admitted to practice law before the Northern District of California and the United States Court of Appeals for the Ninth Circuit.

2. My office address is 605 Market Street, Suite 505, San Francisco, CA. 94105, and my office telephone number is 415-442-0711.

3. I hereby certify that I have not been disciplined by the State of California Bar or any other entity.

4. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

5. I do not practice law from an office located in the District of Columbia, I am not a

member of the District of Columbia Bar, and I do not have an application for membership in the District of Columbia Bar currently pending.

June 15, 2006

*[signature]*

Brian Gaffney
Matt McFarland
LAW OFFICES OF BRIAN GAFFNEY
605 Market St., Suite 505
San Francisco, CA 94105
Telephone: (415) 442-0711
Facsimile: (415) 442-0713

RESPECTFULLY SUBMITTED,

*[signature]*

Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
PARTNERSHIP FOR CIVIL JUSTICE
10 G Street, N.E., Ste 650
Washington, D.C. 20002
Telephone: (202) 789-4330
Facsimile: (202) 789-4333