UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>1112 16th Street, N.W. )<br>Suite 600 )<br>Washington, D.C. 20036 )<br>  )<br>     Plaintiff, )<br>  )<br>  vs. )<br>  )<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>Washington, D.C. 20505 )<br>  )<br>     Defendant. )<br>_____ ) | Civ. Action No. 06-960 (HHK) |

**CERTIFICATION PURSUANT TO LCvR 7(m)**

Pursuant to LCvR 7(m), counsel for the plaintiff and counsel for the defendant have engaged in a good faith effort to determine whether there is any opposition to the relief sought in plaintiff's Motion for Admission *Pro Hac Vice*. Counsel .. for the defendant consents to the relief requested therein.

July 11, 2006            RESPECTFULLY SUBMITTED,


____/s/_____             ____/s/_____
Brian Gaffney                               Carl Messineo (#450033)
Matt McFarland                              Mara Verheyden-Hilliard (#450031)
LAW OFFICES OF BRIAN GAFFNEY                PARTNERSHIP FOR CIVIL JUSTICE
605 Market St., Suite 505                   10 G Street, N.E., Ste 650
San Francisco, CA 94105                     Washington, D.C. 20002
Telephone: (415) 442-0711                   Telephone: (202) 789-4330
Facsimile: (415) 442-0713                   Facsimile: (202) 789-4333