UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INSTITUTE FOR POLICY STUDIES )
1112 16th Street, N.W. )
Suite 600 )
Washington, D.C. 20036 )
 )
    Plaintiff, )
 )
vs. )
 )
UNITED STATES CENTRAL )
INTELLIGENCE AGENCY )
Washington, D.C. 20505 )
 )
    Defendant. )
_____)

CONSENT MOTION FOR ADMISSION *PRO HAC VICE*
[LCvR 83.2(d)]

BRIAN GAFFNEY, of the Law Offices of Brian Gaffney, hereby moves this court to appear *Pro Hac Vice* in the captioned matter pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia.

Brian Gaffney is an active member in good standing of the State of California Bar. He was admitted to the California Bar in 1993. Mr. Gaffney has extensive experience litigating Freedom of Information Act (FOIA) issues. This Motion is supported by the accompanying Declaration of Brian Gaffney in Support of Motion for Admission *Pro Hac Vice*.

June 15, 2006

/s/ Brian Gaffney
Brian Gaffney
Matt McFarland
LAW OFFICES OF BRIAN GAFFNEY
605 Market St., Suite 505
San Francisco, CA 94105
Telephone: (415) 442-0711
Facsimile: (415) 442-0713

RESPECTFULLY SUBMITTED,

/s/ Carl Messineo
Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
PARTNERSHIP FOR CIVIL JUSTICE
10 G Street, N.E., Ste 650
Washington, D.C. 20002
Telephone: (202) 789-4330
Facsimile: (202) 789-4333