# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>1112 16th Street, N.W. )<br>Suite 600 )<br>Washington, D.C. 20036 )<br> )<br>    Plaintiff, )<br> )<br>    vs. )<br> )<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>Washington, D.C. 20505 )<br> )<br>    Defendant. )<br>_____) | Civ. Action No. 06-960 (HHK) |

## ORDER

Upon consideration of plaintiff's Motion for Admission *Pro Hac Vice*, it is this _____ day of _____, 2006, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Brian Gaffney be admitted to the United States District Court for the District of Columbia *pro hac vice* as counsel for plaintiff Institute for Policy Studies in the above captioned matter.

_____
Henry Kennedy
United States District Court Judge