UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

—————————————————
INSTITUTE FOR POLICY STUDIES          )
                                      )
                    Plaintiff,        )
            v.                        )        Case No: 06-0960 (HHK)
                                      )
U.S. CENTRAL INTELLIGENCE             )
AGENCY                                )
                                      )
                    Defendant.        )
—————————————————)

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

      The defendant, the U.S. Central Intelligence Agency ("defendant"), by and through its undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") by two weeks, from July 20, 2006 to August 3, 2006.  This is the defendant's second request for an enlargement of time and no scheduling order has been entered in this case.  Plaintiff's counsel was contacted regarding this request and indicated that he would speak with his client before opposing or consenting to the relief sought.  The grounds for this motion are set forth below.

      Agency counsel has informed the undersigned that the defendant needs time to complete the FOIA search, analyze the result, and make a decision on how to respond to the complaint. Because of the deadlines in other litigation, including other FOIA cases in this district, the defendant is unable to respond to the complaint before August 3, 2006.  This extension is sought in good faith and will not unfairly prejudice any party.  Defendant is proceeding reasonably to respond to the complaint and the FOIA request.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the deadline to answer the complaint be enlarged to August 3, 2006.

Dated: July 20, 2006                    Respectfully submitted,


                                        /s/
                                        KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                        United States Attorney


                                        /s/
                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney.


                                        /s/
                                        ANDREA McBARNETTE, D.C. Bar  # 483789
                                        Assistant United States Attorney Center Building
                                        555 Fourth Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 514-7153

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing DEFENDANT'S MOTION FOR

ENLARGEMENT OF TIME and the accompanying proposed Order was filed via the Court's

electronic filing system on this July 20, 2006 and is expected to be served by the Court's

electronic transmission facilities to:


Brian Gaffney
Law Offices of Brian Gaffney
605 Market St., Suite 505
San Francisco, CA 94105
415 442 0711
415 442 0713



_____/S/_____
ANDREA McBARNETTE
Assistant United States Attorney