UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>_____) | Case No: 06-0960 (HHK) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, Institute for Policy Studies, hereby opposes defendant United States Central Intelligence Agency's July 20, 2006 Motion for Enlargement of Time for the following reasons.

First, Plaintiff filed its complaint on May 23, 2006 and served its complaint on defendant on May 30, 2006. Section 552(a)(4)(C) of the Freedom of Information Act ("FOIA") requires that defendant "shall serve an answer or otherwise plead to any complaint" within thirty days after service of the complaint. 5 U.S.C. § 552(a)(4)(C). As of today, over fifty days have elapsed since plaintiff filed its complaint in this matter.

Second, plaintiff has previously consented to one twenty-one day enlargement of time, which was requested by defendant on June 22, 2006.

Third, defendant has provided no good faith reason to support this second request for enlargement of time, including good faith reasons why defendant is unable to answer by the current

1

deadline.

July 21, 2006                        RESPECTFULLY SUBMITTED,

| /S/_____ | /S/_____ |
|---|---|
| Brian Gaffney | Carl Messineo (#450033) |
| Matt McFarland | Mara Verheyden-Hilliard (#450031) |
| LAW OFFICES OF BRIAN GAFFNEY | PARTNERSHIP FOR CIVIL JUSTICE |
| 605 Market St., Suite 505 | 10 G Street, N.E., Ste 650 |
| San Francisco, CA 94105 | Washington, D.C. 20002 |
| Telephone: (415) 442-0711 | Telephone: (202) 789-4330 |
| Facsimile: (415) 442-0713 | Facsimile: (202) 789-4333 |
| Admitted Pro Hac Vice on Behalf of Plaintiff | |