UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES<br>1112 16th Street, N.W.<br>Suite 600<br>Washington, D.C. 20036<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES CENTRAL<br>INTELLIGENCE AGENCY<br>Washington, D.C. 20505<br><br>    Defendant. | )<br>)<br>) C.A. No. 06 CV 00960 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE ON BEHALF OF PLAINTIFFS**

Please enter the appearance of Andrea C. Ferster, a member in good standing of the United States District Court for the District of Columbia, as counsel for Plaintiff Institute for Policy Studies. Service of papers on Andrea Ferster by any method of delivery should be made to the following address:

Andrea C. Ferster, D.C. Bar # 384648
1100 17th Street, N.W. 10th Fl.
Washington, D.C. 20036
(202) 974-5142
(202) 331-9680 (fax)
aferster@railtrails.org

                              Respectfully submitted,

                              /s/ Andrea C. Ferster
                              Andrea C. Ferster, D.C. Bar # 384648
                              1100 17th Street, N.W. 10th Fl.
                              Washington, D.C. 20036
                              (202) 974-5142
                              (202) 331-9680 (fax)

          aferster@railtrails.org

          Brian Gaffney     (Pro Hac Vice)
          Matt McFarland
          LAW OFFICES OF BRIAN GAFFNEY .
          605 Market St., Suite 505
          San Francisco, CA 94105
          Telephone: (415) 442-0711
          Facsimile: (415) 442-0713

          Carl Messineo
          Parnership for Civil Justice
          10 G Street, N.E. Suite 650
          Washington, D.C. 20002
          Telephone: (202) 789-4330
          Facsimile: (202 789-4333

          Counsel for Plaintiffs

August 4, 2006

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance on Behalf of Plaintiffs were filed electronically on August 4, 2006. Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing unable as indicated on the Notice of Electronic Filing

Andrea MacBarnette
Assistant U.S. Attorney
555 Fourth Street, N..W
Washington, D.C.  20530

                            _____/s/_____
                                Andrea C. Ferster