UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>_____) | Civ. Action No. 06-960 (HHK) |

## NOTICE OF WITHDRAWAL

Please note the withdrawal of Carl Messineo, Esq. and Mara Verheyden-Hilliard, Esq. and the Partnership for Civil Justice from this matter.

August 4, 2006                                         RESPECTFULLY SUBMITTED,


_____/s/_____
Carl Messineo (#450033)
Mara Verheyden-Hilliard (#450031)
PARTNERSHIP FOR CIVIL JUSTICE
10 G Street, N.E., Ste 650
Washington, D.C. 20002
Telephone: (202) 789-4330
Facsimile: (202) 789-4333