UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES<br>1112 16th Street, N.W.<br>Suite 600<br>Washington, D.C. 20036<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES CENTRAL<br>INTELLIGENCE AGENCY<br>Washington, D.C. 20505<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    Case No.: 06-CV-00960-HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF TELEPHONIC APPEARANCE**

Whereas the Court has scheduled an Initial Status Conference for Wednesday, September 27, 2006 at 11:30 a.m. in Courtroom 27, Annex Building, Sixth Floor before Judge Henry Kennedy.

Whereas Plaintiff's D.C. counsel, Andrea Ferster, will appear in person at the Initial Status Conference.

PLEASE TAKE NOTICE THAT Plaintiff's pro hac vice counsel, Brian Gaffney, will appear telephonically at the September 27th Status Conference and requests that the Court contact Mr. Gaffney at 415-442-0711 at 11:30 a.m. EST on September 27, 2006.

September 25, 2006

RESPECTFULLY SUBMITTED,

/s/   Brian Gaffney
Brian Gaffney
Matt McFarland
LAW OFFICES OF BRIAN GAFFNEY
605 Market St., Suite 505
San Francisco, CA 94105
Telephone: (415) 442-0711
Facsimile: (415) 442-0713