UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INSTITUTE FOR POLICY STUDIES | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-0960 (HHK) |
| | ) | |
| U.S. CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CASE MANAGEMENT PLAN

The Defendant, the U.S. Central Intelligence Agency through the undersigned counsel, respectfully submits this case management plan pursuant to the Court's Order dated August 4, 2006. The Court directed the parties to file a 16.3 report. However, the complaint was brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Under Local Rule 16.3, FOIA actions are exempt from the requirements of Rule 16.3. The parties did meet and confer and Defendant herein files as its case management plan what both parties could agree upon.[1] Both parties have consented to the following:

1) Defendant will provide the Plaintiff with a Vaughn Index by December 15, 2006.

2) If the parties are unable to reach a resolution settling the case by January 15, 2006:

- dispositive motions on any unresolved Causes of Action will be filed 30 days

---

[1] Defendant objects to discovery in this FOIA action, particularly discovery scheduled prior to Defendant's summary judgment motion filed with accompanying declarations. Defendant further opposes partial summary judgment motions and consents only to the filing of dispositive motions which address all issues remaining in the case. Therefore, Defendant has objected to Plaintiff's 1) proposal of the filing and briefing of at least two partial summary judgment motions and 2) the proposal of discovery. Plaintiff has indicated that it will file a separate case management plan.

from either the Court's decision denying all discovery, or the close of all discovery, whichever is later.  Oppositions are due 15 days after service of any dispositive motion, and replies are due 15 days after service of any opposition.

The Court is respectfully referred to the accompanying proposed Scheduling Order.

Dated: September 26, 2006         Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing <u>DEFENDANT'S CASE MANAGEMENT PLAN</u> and the accompanying proposed Order was filed via the Court's electronic filing system on this September 26, 2006 and is expected to be served by the Court's electronic transmission facilities to:

Brian Gaffney
LAW OFFICES OF BRIAN GAFFNEY
605 Market Street, Suite 505
San Francisco, CA 94105
(415) 442 - 0711 Phone
(415) 442 - 0713 Fax


                              /S/
                              ANDREA McBARNETTE
                              Assistant United States Attorney