UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

INSTITUTE FOR POLICY STUDIES )
                             )
            Plaintiff,        )
        v.                    )        Case No: 06-0960 (HHK)
                             )
U.S. CENTRAL INTELLIGENCE    )
AGENCY                       )
                             )
            Defendant.        )

---

## **PROPOSED ORDER**

Upon consideration of the Defendant's case management plan, it this _____ day of

_____, 2006 hereby ORDERED that:

   1)    Defendant will provide the Plaintiff with a Vaughn Index by December 15, 2006.

   2)    If the parties are unable to reach a resolution settling the case by January 15, 2006:

   ●    dispositive motions on any unresolved Causes of Action will be filed 30 days
        from either the Court's decision denying all discovery, or the close of all
        discovery, whichever is later.  Oppositions are due 15 days after service of any
        dispositive motion, and replies are due 15 days after service of any opposition.


                            _____
                            UNITED STATES DISTRICT JUDGE