UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-0960 (HHK) |
| ) | |
| U.S. CENTRAL INTELLIGENCE ) | |
| AGENCY ) | |
| ) | |
| Defendant. ) | |
| ) | |

PLAINTIFF'S PROPOSED CASE MANAGEMENT PLAN

Plaintiff, Institute for Policy Studies, through its counsel, respectfully submits this case management plan pursuant to the Court's Order dated August 4, 2006.[1] Plaintiff proposes the following case management plan:

1) Defendant proposes to provide Plaintiff with a Vaughn Index by December 15, 2006. Plaintiff notes that this case has been on file since May, 2006 and arises from a FOIA request from June, 2004. Plaintiff has repeatedly requested that Defendant provide any Vaughn Index prior to December 15th. Plaintiff proposes that Defendant produce the Vaughn Index prior to December 15th, 2006, and requests the Court order the Vaughn Index produced by November 15th in order to provide the parties time to discuss its adequacy and to review the Index without conflicting with the winter holidays.

2) If the parties are unable to reach a resolution settling the case by January 15, 2007,

---

[1] The Court directed the parties to file a 16.3 report. However, the complaint was brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Under Local Rule 16.3(b)(9), FOIA actions are exempt from the requirements of Rule 16.3. Therefore, the parties met and conferred, and herein Plaintiff files its proposed case management plan.

Plaintiff proposes that:

- any requests for discovery will be served by February 1, 2007 by fax and mail, motions opposing discovery will be filed by February 15, 2007, oppositions to such motions will be filed by March 1, 2007, and replies will be filed March 15, 2007.

- if the Court allows a parties' propounded discovery, written responses to that parties' discovery requests will be due 30 days from the Court's decision regarding discovery.

- if the Court allows a parties' propounded discovery, depositions, if any, will be conducted 60 days from the Court's decision regarding discovery.

- dispositive motions on the unresolved Causes of Action will be filed 30 days from either the Court's decision denying all propounded discovery, or the close of discovery, whichever is later. Oppositions are due 15 days after service of any dispositive motion, and replies are due 15 days after service of any opposition.

3) Plaintiff reserves the right to file dispositive motions on the Third Cause of Action (Reply to FOIA Administrative Appeals) and Fourth Causes of Action (Denial of FOIA Fee Waiver) in advance of the schedule described above, as the Third and Fourth Causes of Action are legal questions that can be resolved without discovery or the Vaughn Index.

Dated: September 26, 2006          Respectfully submitted,

/s/
BRIAN GAFFNEY
LAW OFFICES OF BRIAN GAFFNEY
605 Market Street, Suite 505
San Francisco, CA 94105
(415) 442 - 0711

/s/
ANDREA C. FERSTER (D.C. Bar No. 384648)
1100 17th Street, NW
10th Floor
Washington, DC 20036
(202) 974-5421

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing PLAINTIFF'S PROPOSED CASE MANAGEMENT PLAN and the accompanying PROPOSED ORDER was filed via the Court's electronic filing system on September 26, 2006 and is expected to be served by the Court's electronic transmission facilities to:

ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530


                                                                     /S/
                                            Brian Gaffney
                                            Attorney for Plaintiff