UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INSTITUTE FOR POLICY STUDIES | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-0960 (HHK) |
| | ) | |
| U.S. CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |

## **PROPOSED ORDER**

Upon consideration of the Plaintiff's and Defendant's separately filed case management plans, it this ____ day of _____, 2006 hereby ORDERED that:

1) Defendant will provide Plaintiff with a Vaughn Index by November 15, 2006.

2) If the parties are unable to reach a resolution settling the case by January 15, 2007:

- any requests for discovery will be served by February 1, 2007 by fax and mail, motions opposing discovery will be filed by February 15, 2007, oppositions to such motions will be filed by March 1, 2007, and replies will be filed March 15, 2007.

- if the Court allows discovery, written responses to plaintiff's discovery requests will be due 30 days from the Court's decision regarding discovery.

- if the Court allows depositions, all depositions will be conducted within 60 days from the Court's decision regarding discovery.

- dispositive motions on any unresolved Causes of Action will be filed 30 days from either the Court's decision denying all discovery, or the close of all discovery, whichever is later. Oppositions are due 15 days after service of any dispositive motion, and replies are due 15 days after service of any opposition.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE HENRY H. KENNEDY

Copies:

ANDREA McBARNETTE
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

Counsel for Defendant

BRIAN GAFFNEY
LAW OFFICES OF BRIAN GAFFNEY
605 Market Street, Suite 505
San Francisco, CA 94105
(415) 442 - 0711

ANDREA C. FERSTER
1100 17th Street, NW
10th Floor
Washington, DC 20036
(202) 974-5421

Counsel for the Plaintiff