UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CENTRAL INTELLIGENCE AGENCY ,<br><br>Defendant. | Civil Action 06-0960 (HHK) |

## SCHEDULING ORDER

This case shall be governed by the following deadlines:[1]

1. Defendant shall provide plaintiff a Vaughn Index by no later than December 1, 2006.

2 . Defendant's ' motion for summary judgment is due on January 15 , 2007.

3. Plaintiff's opposition to defendant's motion and cross motion for summary judgment is due on February 15, 2007.

4. Defendant's opposition to plaintiff's 'cross motion for summary judgment and reply to plaintiff's opposition is due on March 2, 2007.

5. Plaintiff's reply to defendant's ' opposition is due on March 19, 2007.

Henry H. Kennedy, Jr.
United Sates District Judg

---

[1] Actions brought under the Freedom of Information Act are resolved most often without discovery. If discovery is sought and granted these deadlines may be adjusted.