UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. CENTRAL INTELLIGENCE )<br>AGENCY )<br>)<br>Defendant. )<br>) | Case No: 06-0960 (HHK) |

DEFENDANT'S MOTION FOR
ENLARGEMENT OF TIME TO PRODUCE VAUGHN INDEX

The defendant, the U.S. Central Intelligence Agency ("Defendant"), by and through its undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to produce a Vaughn Index to Plaintiff's counsel in this suit brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") by two weeks, from December 1, 2006 to December 15, 2006. A scheduling order has been entered in this case. The undersigned left a phone message with Plaintiff's counsel regarding this request. The grounds for this motion are set forth below.

Agency counsel has informed the undersigned that the Defendant needs time to complete the Vaughn Index. Despite its efforts, the agency has not been able to complete a Vaughn Index within the scheduled time frame and is presently still working on the Vaughn Index. Therefore, the Defendant requests an additional two weeks for its production upon Plaintiff. This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the deadline to produce a Vaughn Index to Plaintiff be enlarged to December 15, 2006.

Dated: November 28, 2006		Respectfully submitted,


		/s/
		JEFFREY A. TAYLOR, D.C. BAR # 498610
		United States Attorney


		/s/
		RUDOLPH CONTRERAS, D.C. BAR # 434122
		Assistant United States Attorney.


		/s/
		ANDREA McBARNETTE, D.C. Bar  # 483789
		Assistant United States Attorney Center Building
		555 Fourth Street, N.W.
		Washington, D.C. 20530
		(202) 514-7153

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME was filed via the Court's electronic filing system on this November 28, 2006 and is expected to be served by the Court's electronic transmission facilities to:

Brian Gaffney
Law Offices of Brian Gaffney
605 Market St., Suite 505
San Francisco, CA 94105
415 442 0711
415 442 0713


　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　ANDREA McBARNETTE
　　　　　　　　　　　　　　　　Assistant United States Attorney