UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )
| )
| Plaintiff, )
| v. )
| )
| U.S. CENTRAL INTELLIGENCE )
| AGENCY )
| )
| Defendant. )

_____)

Case No: 06-0960 (HHK)

MOTION TO STAY BRIEFING SCHEDULE

The defendant, the U.S. Central Intelligence Agency ("Defendant"), by and through its undersigned counsel, respectfully moves this Court to stay the briefing schedule in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Defendant has produced a Vaughn Index upon Plaintiff. The parties are presently discussing and reviewing its adequacy. The parties have agreed that Defendant will provide Plaintiff with a declaration concerning the Vaughn, the search conducted for the requested materials, and the basis for the claimed exemptions. A scheduling order has been entered in this case and a summary judgment motion is currently due January 16, 2007. The Defendant requests that if the parties are unable to reach a complete resolution by February 16, 2007, that any dispositive motions on any remaining issue be due one week later, on February 23, 2007.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the Court stay the briefing schedule so that the parties can discuss and resolve the issues in this case.

Dated: January 12, 2007                    Respectfully submitted,


　　/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


　　/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


　　/s/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing DEFENDANT'S MOTION TO

STAY THE BREIFING SCHEDULE was filed via the Court's electronic filing system on this

January 12, 2007 and is expected to be served by the Court's electronic transmission facilities to:


Brian Gaffney
Law Offices of Brian Gaffney
605 Market St., Suite 505
San Francisco, CA 94105
415 442 0711
415 442 0713



_____/S/_____
ANDREA McBARNETTE
Assistant United States Attorney