UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
INSTITUTE FOR POLICY STUDIES        )
                                    )
            Plaintiff,              )
      v.                            )     Case No: 06-0960 (HHK)
                                    )
U.S. CENTRAL INTELLIGENCE           )
AGENCY                              )
                                    )
            Defendant.              )
_____)

ORDER

UPON CONSIDERATION of Defendant's Motion to Stay Briefing, any opposition thereto, any reply, and the record herein, it is this ____day of _____, 2007,

ORDERED, the briefing in this case is stayed.  Dispositive motions on any remaining issue are due on February 23, 2007.

_____
United States District Court Judge