**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-0960 (HHK) |
| vs. ) | |
| ) | |
| UNITED STATES CENTRAL ) | |
| INTELLIGENCE AGENCY ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MOTION TO STAY CURRENT BRIEFING SCHEDULE**
**AND ADOPT SUBSEQUENT BRIEFING SCHEDULE**

Plaintiff, Institute for Policy Studies ("IPS"), by and through its undersigned counsel, respectfully moves this Court to stay the briefing schedule in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). A scheduling order has been entered in this case and Defendant's summary judgment motion is currently due February 23, 2007.

Defendant produced a Vaughn Index upon Plaintiff on December 15, 2006. On February 13, 2007, Defendant has also provided Plaintiff with a declaration concerning the Vaughn Index, the search conducted for the requested materials, and the basis for the claimed exemptions. Plaintiff has not yet had the opportunity to review this declaration. The parties plan continue to discuss the adequacy of the declaration and the Vaughn Index.

Plaintiff hereby requests that if the parties are unable to reach a complete resolution of this matter by March 30, 2007, then Defendant's summary judgment motion be due two weeks later on April 13, 2007.

1

Plaintiff then files its opposition to summary judgment and summary judgment cross-motion on May 14, 2007.[1]

Defendant files its reply in support of its summary judgment motion and Defendant's opposition to Plaintiff's cross-motion on June 4, 2007.

Plaintiff files its reply in support of Plaintiff's cross motion on June 18, 2007.

Plaintiff has conferred with Defendant's counsel who does not object to this Motion and proposed Order.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that the Court stay the current briefing schedule so that the parties can attempt to resolve the issues in this case, and requests that the Court order the above briefing schedule if complete resolution is not achieved by March 30, 2007.

DATED: February 21, 2007                           Respectfully submitted,


                                                   _____/S/_____
                                                   Brian Gaffney
                                                   Attorney for Plaintiff

---

[1] Pursuant to previous order of this Court, the foregoing deadlines may be extended if discovery is sought and granted.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing MOTION TO STAY CURRENT BRIEFING SCHEDULE AND ADOPT SUBSEQUENT BRIEFING SCHEDULE was filed via the Court's electronic filing system on February 21, 2007 and is expected to be served by the Court's electronic transmission facilities to:

Andrea McBarnette
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7153
andrea.mcbarnette@usdoj.gov

                                        /S/
                                 Brian Gaffney
Attorney for Plaintiff Institute for Policy Studies