**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>)<br>Plaintiff, )<br>) Case No. 06-0960 (HHK)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>)<br>Defendant. )<br>_____) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Stay Current Briefing Schedule and Adopt Subsequent Briefing Schedule, and their being no opposition thereto,

It is hereby ORDERED, that Court the current briefing schedule is hereby stayed, and

It is FURTHER ORDERED that if the parties are unable to reach a complete resolution of this matter by March 30, 2007, then this case will be governed by the following deadlines:[1]

Defendant will file its summary judgment motion on April 13, 2007;

Plaintiff will files its opposition to summary judgment and Plaintiff's summary judgment cross-motion on May 14, 2007.

Defendant will file its reply in support of its summary judgment motion and Defendant's opposition to Plaintiff's cross-motion on June 4, 2007.

---

[1] As noted in the October 17, 2006 Scheduling Order, these deadlines may be extended if discovery is sought and granted.

Plaintiff will files its reply in support of Plaintiff's cross motion on June 18, 2007.

DATED: this ____day of _____, 2007,

_____
United States District Court Judge