UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INSTITUTE FOR POLICY STUDIES, )
)
    Plaintiff, )
)
v. ) Civ. No. 06-CV-00960 (HHK)
)
CENTRAL INTELLIGENCE AGENCY, )
)
    Defendant. )
_____ )

### SECOND DECLARATION OF MARILYN A. DORN
### DEPUTY CHIEF, POLICY AND COMMUNITY ACTION STAFF
### NATIONAL CLANDESTINE SERVICE
### CENTRAL INTELLIGENCE AGENCY

    I, MARILYN A. DORN, hereby declare and say:

    1. I am the Deputy Chief of the Policy and Community Action Staff (PCAS) of the National Clandestine Service (NCS) of the Central Intelligence Agency (CIA).

    2. The NCS is the organization within the CIA responsible for the clandestine collection of foreign intelligence from human sources.

    3. Through the exercise of my official duties, I am familiar with this civil action. I make the following statements based upon my personal knowledge and information made available to me in my official capacity.

    4. This declaration serves to supplement the Declaration of Marilyn Dorn (First Declaration), filed with this declaration in this case. In reviewing the history

and release of documents in this case, I discovered a slight factual error in my First Declaration. The purpose of this declaration is to correct that error.

5. Paragraph 33 of my First Declaration states that by letter dated 9 February 2007, CIA provided the Institute for Policy Studies with a supplemental response concerning a document that required the CIA to consult with other federal agencies. Although I believed at the time of the signing of my First Declaration that the supplemental response was sent by letter dated 9 February, it was not, in fact, sent until 21 February 2007, by letter with that date. The error in my First Declaration was inadvertent, and due to a miscommunication about whether the 9 February letter had actually been sent. A true and correct copy of CIA's 21 February 2007 letter is attached as Exhibit M hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of April, 2007.

Marilyn A. Dorn
Deputy Chief
Policy and Community Action Staff
National Clandestine Service
Central Intelligence Agency

2