UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Civil Action No. 06-0960 HHK <br> ) <br> U.S. CENTRAL INTELLIGENCE ) <br> AGENCY, ) <br> ) <br> Defendants. ) <br> _____ ) | |

### DECLARATION OF WILLIAM C. LITTLE, JR.

I, William C. Little, Jr., hereby make the following Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I am an Attorney admitted in and a member in good standing in the Bar of the State of Pennsylvania.

2. I am currently employed as a practicing attorney by the United States Department of Justice (DOJ), Drug Enforcement Administration (DEA), where I am assigned to the Office of Chief Counsel, Administrative Law Section.

3. Within the DEA Office of Chief Counsel, I am the attorney responsible for matters involving the Freedom of Information Act (FOIA), 5 U.S.C.§ 552 and Privacy Act (PA), 5 U.S.C. § 552a, in which DEA is an interested party. I have served in this capacities since about April 26, 1999.

4. As an attorney, I have been involved in FOI/PA since 1994. I have received formal and on the job training in the FOI/PA, and the administration of Federal records and PA Systems of Records.

5. I am familiar with the DEA policies, practices and procedures regarding the administration of, and processing and release of information requested under the FOIA and PA, and DEA PA Systems of Records.

6. I am responsible for review, for litigation purposes, of both the initially processed and appealed, FOI/PA requests that are received by DEA, and provide litigation support for matters all arising under the Freedom of Information Act and the Privacy Act (PA) in which DEA is an interested party.

7. In defense of FOI/PA actions, I am responsible for taking remedial action when ordered by courts or when deficiencies in responding to, processing or release of information are noticed in the course of litigation review.

8. I prepare, and review and supervise the preparation of, affidavits, declarations, responses to discovery motions, interrogatories and other court pleadings, and all necessary legal research on issues arising during the course of the prosecution or defense of FOI/PA actions in which DEA is a party.

9. In the preparation of this declaration, I read and am familiar with the prior pleadings in this case, and the files maintained by the DEA Freedom of Information Operations Unit (SARO).

10. SARO is the DEA office responsible for responding to, the search for, and the processing and release of information requested under FOIA and PA received by DEA. I am also familiar with the policies, practices and procedures SARO employs that relate to the search for, and the processing and release of information responsive to FOIA/PA requests received by DEA.

11. In preparing this declaration, I read and am familiar with the Complaint in the above entitled action, and the records maintained by SARO. The file containing the documents referred to by tthe United States Central Intelligence Agency (CIA) as a result of the plaintiff's FOIA request was DEA FOIA Request No. 07-0158-F. I reviewed the file maintained by SARO and all associated documentation, and several DEA office were consulted regarding the status of the classification/declassification review currently being conducted

12. By letter dated December 5, 2006, the CIA forwarded one document, classified as secret and consisting of nine (9) pages, to DEA for processing and direct response to the plaintiff. Since the document was classified, it required classification review.

13. The DEA process classification review process requires that, when records responsive to a FOIA request are classified and have not been reviewed within two year, or there is no date for automatic declassification, they must be review. The process may require review by several DEA offices

14. The document referred for review and direct response in this matter involves foreign operations. When documents relate to foreign operations, they are routed first through the DEA Operations Division at DEA Headquarters. The routing through the Operations Division began on about December 12, 2006.

15. After review by the Operations Division, the document was sent to Bogotá, Columbia. The preliminary review by the DEA Bogotá Columbia Country Office was completed in January 2007, and the document is currently under further review here a DEA HQ. Since the document originated with DEA El Paso Intelligence Center (EPIC), it will be forwarded to EPIC for review, once the current HQ review is complete. It is anticipated that the current Headquarters review will be completed by April 20, 2007, at which time, the document shall be forwarded to EPIC for final review..

16. Additional time is also required to allow for the final classification review to be completed by EPIC. It is estimated that, at a minimum, an additional 90 day is required for the EPIC classification review. No definite time to completion can be provided, since officials at EPIC have yet to have the opportunity to review to review and assess the document.

17. Once the final classification review is completed by EPIC, FOIA determinations must be made, and a declaration and *Vaughn* index prepared for submission to the court. The FOIA process will consume approximately 45 days.

18. Given the above, DEA will provide either a status report or submit the declaration and *Vaughn* index for submission to the Court by August 31, 2007.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

April 13, 2007
DATE

William C. Little, Jr.
Senior Attorney
Office of Chief Counsel
Administrative Law Section
Drug Enforcement Administration
Washington, D.C.  20537