UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INSTITUTE FOR POLICY STUDIES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-00960 (HHK) |
| vs. | ) | |
| | ) | |
| UNITED STATES CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO STAY CURRENT BRIEFING SCHEDULE UNTIL COURT RULES ON MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL COMPLAINT**

Plaintiff, Institute for Policy Studies ("IPS"), by and through its undersigned counsel, respectfully moves this Court to stay the briefing schedule in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") until this Court rules on IPS' Motion for Leave to File First Supplemental Complaint.

Defendant has agreed to this proposed stay of the current briefing schedule until the Court rules on the Motion for Leave to File First Supplemental Complaint. *See* Declaration of Brian Gaffney and Exhibit A, submitted herewith.

A scheduling order regarding summary judgment briefing has been entered in this case. Defendant's summary judgment motion was filed on April 13, 2007. Plaintiff's summary judgment motion and opposition to Defendant's motion is currently due Monday, May 14, 2007, with each parties' opposition and reply briefs to follow.

Plaintiff is concurrently filing an unopposed Motion for Leave to File First Supplemental

Complaint and supporting papers. The Motion for Leave to File First Supplemental Complaint will be based on facts which occurred after filing of the original Complaint.

There is good cause for to stay the current briefing schedule until this Court rules on Motion for Leave to File First Supplemental Complaint as doing so will allow all known issues between the parties to be briefed for summary judgment and presented to this Court.

DATED: May 11, 2007                                                                  Respectfully submitted,


  /S/ Brian Gaffney
Brian Gaffney
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of 1) the Unopposed Motion to Stay Current Briefing Schedule Until Court Rules on Motion For Leave to File First Supplemental Complaint; 2) Declaration of Brian Gaffney in Support of Unopposed Motion to Stay Current Briefing Schedule; and 3) Proposed Order was filed via the Court's electronic filing system on May 11, 2007 and is expected to be served by the Court's electronic transmission facilities to:

Andrea McBarnette
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7153
andrea.mcbarnette@usdoj.gov

       /S/_____
Brian Gaffney
Attorney for Plaintiff Institute for Policy Studies