# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>)<br>Defendant. )<br>_____ ) | Case No. 06-00960 (HHK) |

## DECLARATION OF BRIAN GAFFNEY IN SUPPORT OF
## UNOPPOSED MOTION TO STAY CURRENT BRIEFING SCHEDULE

I, BRIAN GAFFNEY, DECLARE:

1. The information stated herein is personally known to me. If necessary, I could and would competently testify thereto.

2. I am the attorney of record for Plaintiff Institute for Policy Studies ("IPS") in the above-entitled matter.

3. On May 10, 2007, I informed opposing counsel, Ms. Andrea McBarnette, by telephone that Plaintiff intended to file a Supplemental Complaint and requested that Defendant stipulate thereto and also stipulate to stay Summary Judgment briefing until the Court rules on the Motion For Leave to File First Supplemental Complaint.

5. On May 10, 2007, I also e-mailed opposing counsel proposing that the parties stipulate to the filing of the supplemental complaint and stay the summary judgment briefing until the court rules on the proposed First Supplemental Complaint, and attached a draft of the proposed

First Supplemental Complaint.

6.     On May 11, 2007, opposing counsel responded via electronic mail that Defendant would not object to Plaintiff's filing of a Supplemental Complaint and that Defendant would agree to stay Summary Judgment briefing until the Court rules on the proposed First Supplemental Complaint.

7.     A true and correct copy of my May 10, 2007 correspondence to opposing counsel and opposing counsel's May 11, 2007 response is attached hereto as Exhibit A.

DATED: May 11, 2007                                        Respectfully submitted,


                                                            /S/ Brian Gaffney
                                                            Brian Gaffney
                                                            Attorney for Plaintiff