Subj:RE: IPS v. CIA - Supplemental complaint
Date:5/11/2007 9:46:58 AM Pacific Standard Time
From:Andrea.McBarnette@usdoj.gov
To:BrianGaf@aol.com
Sent from the Internet (Details)

Brian,

We don't object to the supplemental complaint and agree to a stay until the Court rules on it. Thanks for emailing me a version of the supplemental complaint. It didn't have redline though, can you send the red lined version?

Thanks,

Andrea

---

From: BrianGaf@aol.com [mailto:BrianGaf@aol.com]
Sent: Thursday, May 10, 2007 6:54 PM
To: McBarnette, Andrea (USADC); sheila.williams@usdoj.gov; tammatha.dawkins@usdoj.gov
Cc: Aferster@railtrails.org
Subject: IPS v. CIA - Supplemental complaint


Andrea,
Attached is a redlined version of IPS' proposed Supplemental Complaint in wordperfect. We propose that the parties stipulate to the filing of the supplemental complaint and stay the summary judgment briefing until the court rules on the proposed supplmental complaint. This comports with the liberal rules for amending complaint. If you are unwilling to stipulate we will proceed by motion.

I sent this earlier at 12:42 PST, but it got bounced back.

Thank you for your attention to this matter.

Brian Gaffney
LAW OFFICES OF BRIAN GAFFNEY
605 Market Street, Suite 505
San Francisco, CA 94105
(415) 442 - 0711 Phone
(415) 442 - 0713 Fax
www.gaffneylegal.com

CONFIDENTIALITY NOTE:  This and any accompanying pages contain information from the Law Offices of Brian Gaffney which may be confidential and/or

legally privileged.  The information is intended to be for the sole use of the individual or entity named above. Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient please contact the sender and destroy all copies of the communication.