UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>)<br>Defendant. )<br>_____) | Case No. 06-00960 (HHK) |

### ORDER

UPON CONSIDERATION of Plaintiff's Motion to Stay Current Briefing Schedule until this Court rules on Plaintiff's Motion for Leave to File First Supplemental Complaint, and their being no opposition thereto,

It is hereby ORDERED, that the current briefing schedule is hereby stayed, and

It is FURTHER ORDERED that upon the Court granting or denying the Motion for Leave to File First Supplemental Complaint, the parties will promptly meet and confer to propose a new briefing schedule.

DATED: this ____day of _____, 2007,

_____
United States District Court Judge