UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INSTITUTE FOR POLICY STUDIES | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-CV-00960 (HHK) |
| vs. | ) | |
| | ) | |
| UNITED STATES CENTRAL | ) | |
| INTELLIGENCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING LEAVE TO FILE FIRST SUPPLEMENTAL COMPLAINT**

Plaintiff brings this First Supplemental Complaint by leave of this Court.

Plaintiff says that after filing of the original complaint on May 23, 2006, material facts have occurred and that there is no undue delay, bad faith, dilatory motive, failure to cure deficiencies by amendments previously allowed, undue prejudice, nor futility of amendment.

The matter having been submitted, leave being unopposed and GOOD CAUSE APPEARING, the Court hereby:

GRANTS LEAVE TO FILE PLAINTIFF'S FIRST SUPPLEMENTAL COMPLAINT.

IT IS SO ORDERED.


DATED: this ____day of _____, 2007,


_____
United States District Court Judge