IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INSTITUTE FOR POLICY STUDIES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0960 (HHK) |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ANSWER

Defendant, Central Intelligence Agency, hereby responds to the Supplemental Complaint For Injunctive And Declaratory Relief ("Supplemental Complaint") as follows:

### First Affirmative Defense

The Plaintiff has failed to state a claim upon which relief can be granted.

### Second Affirmative Defense

In response to the individual numbered paragraphs of the Supplemental Complaint, Defendant admits, denies or otherwise avers as follows:

1.     Defendant denies the allegations of paragraph 1 of the Supplemental Complaint except to state that the first and last sentence of the paragraph contain Plaintiff's characterization of the action and legal conclusions to which no responsive pleading is required.

2.     Defendant states that paragraph 2 of the Supplemental Complaint contains a legal conclusion as to which no responsive pleading is required.