IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INSTITUTE FOR POLICY STUDIES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0960 (HHK) |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOTICE OF ERRATA

On June 1, 2007, Defendant inadvertently filed an incorrect version of its Answer to Plaintiff's Supplemental Complaint. Docket #29. The Defendant has attached the correct version hereto as Exhibit A.

Dated: June 1, 2007          Respectfully submitted,


                             /s/
                             JEFFREY A. TAYLOR, D.C. BAR # 498610
                             United States Attorney


                             /s/
                             RUDOLPH CONTRERAS, D.C. BAR # 434122
                             Assistant United States Attorney.


                             /s/
                             ANDREA McBARNETTE, D.C. Bar  # 483789
                             Assistant United States Attorney Center Building
                             555 Fourth Street, N.W.
                             Washington, D.C. 20530
                             (202) 514-7153