**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>_____) | Case No. 06-0960 (HHK) |

PLAINTIFF'S MOTION TO ADOPT SUBSEQUENT BRIEFING SCHEDULE

Plaintiff, Institute for Policy Studies ("IPS"), by and through its undersigned counsel, respectfully moves this Court to adopt a subsequent briefing schedule in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

The Court originally set a scheduling order in this matter on October 17, 2006. After the parties were unable to settle this matter, a subsequent scheduling order was entered in this case on February 23, 2007. Pursuant thereto Defendant filed its summary judgment motion on April 13, 2007, with cross motions, oppositions and replies to follow.

On May 11, 2007, Plaintiff filed an Unopposed Motion to Stay Current Briefing Schedule until the Court ruled on Plaintiff's Unopposed Motion for Leave to File First Supplemental Complaint and a proposed Order that the parties would promptly meet and confer to propose a new briefing schedule upon the Court granting the Motion for Leave to File First Supplemental Complaint. On May 14, 2007, this Court entered a minute Order granting Plaintiff's Motion to Stay Current Briefing Schedule and granting Plaintiff's Motion for Leave to File First Supplemental Complaint.

1

Plaintiff filed its First Supplemental Complaint on May 16, 2007 and Defendant filed its Answer thereto on June 1, 2007.

The parties have repeatedly met and conferred in a good faith effort to stipulate to a subsequent briefing schedule, but have been unable to reach agreement. Plaintiff has provided a draft of the instant motion to Defendant's counsel by email on June 12, 2007 and has received no response.

Now, therefore, Plaintiff moves the Court to adopt the following briefing schedule:

On June 13, 2007, Plaintiff files its Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's cross Motion for Summary Judgment.

On August 6, 2007, Defendant files its opposition to Plaintiff's cross-motion and reply in support of its motion for summary judgment.

On September 14, 2007, Plaintiff files its reply in Support of Plaintiff's cross motion.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that the Court order the above briefing schedule.

DATED: June 13, 2007                                RESPECTFULLY SUBMITTED,

/S Brian Gaffney                                    /S/ Andrea Ferster
Brian Gaffney (pro hac vice)                        Andrea C. Ferster (#384648)
Matt McFarland (pro hac vice)                       Attorney at Law
LAW OFFICES OF BRIAN GAFFNEY                        1100 17th Street, N.W. 10th Floor
605 Market St., Suite 505                           Washington, D.C. 20036
San Francisco, CA 94105                             Telephone: (202) 974-5142
Telephone: (415) 442-0711                           Facsimile: (202) 331-9680
Facsimile: (415) 442-0713