UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>_____) | Case No. 06-0960 (HHK) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Adopt Subsequent Briefing Schedule, and Defendant's position thereon if any,

It is hereby ORDERED, that this case will be governed by the following deadlines[1]:

On June 13, 2007, Plaintiff files its Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's cross Motion for Summary Judgment.

On August 6, 2007, Defendant files its opposition to Plaintiff's cross-motion and reply in support of its motion for summary judgment.

On September 14, 2007, Plaintiff files its reply in support of Plaintiff's cross motion.

DATED: this ____day of _____, 2007,

_____
United States District Court Judge

---

[1] As noted in the October 17, 2006 Scheduling Order, these deadlines may be extended if discovery is sought and granted.