UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>) | Case No. 06-0960 (HHK) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT**

Pursuant to Rule 56 (b) of the Federal Rules of Civil Procedure and LCvR 56.1, Plaintiff Institute For Policy Studies hereby moves for summary judgement in this action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the Administrative Procedure Act, 5 U.S.C. § 701 *et seq*. The reasons for this motion are set forth in the Memorandum of Points and Authorities, Statement of Material Facts Not in Genuine Dispute, and Declaration of Paul Paz y Mino submitted herewith. Plaintiff seeks declaratory and injunctive relief as detailed in the proposed Order which is attached.

June 13, 2007                                              RESPECTFULLY SUBMITTED,

/S Brian Gaffney                                              /S/ Andrea Ferster
Brian Gaffney (pro hac vice)                          Andrea C. Ferster (#384648)
Matt McFarland (pro hac vice)                      Attorney at Law
LAW OFFICES OF BRIAN GAFFNEY      1100 17th Street, N.W. 10th Floor
605 Market St., Suite 505                               Washington, D.C. 20036
San Francisco, CA 94105                              Telephone: (202) 974-5142
Telephone: (415) 442-0711                          Facsimile: (202) 331-9680
Facsimile: (415) 442-0713