

*Four Decades of Unconventional Wisdom*

**Director**
John Cavanagh

**Board Of Trustees**
Ruth Adams
Harry Belafonte
Robert L. Borosage
Elsbeth Bothe
John Cavanaugh
Adrian De Wind
James Early
Ralph Estes
Frances T. Farenthold
Lisa Fuentes
Paul Landau
Nancy Lewis
Clarence Lusane
E. Ethelbert Miller
Marcus Raskin
Lewis M. Steel

June 1, 2004

Mr. Alan Tate, FOIA Coordinator, CODE PSP/FOIA
Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

Dear Mr. Tate:

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. Section 552, et seq. (as amended), I hereby request access to or a copy of the following records:

> All records which mention or relate to the Colombian organization known as the "PEPES" or the *Perseguidos por Pablo Escobar*, People Persecuted by Pablo Escobar, Pablo Escobar and/or the death of Pablo Escobar.

This request is made on behalf of the Institute of Policy Studies (IPS) for non-commercial use. IPS is the nation's oldest multi-issue progressive think tank. Since 1963, the Institute has worked with social movements to forge viable and sustainable policies to promote democracy, justice, human rights, and diversity. IPS is a nonprofit tax-exempt organization. Under 5 U.S.C. (a) (4) we are entitled to a waiver of all fees in connection with this request.

IPS enriches public policy debates by publishing and making widely available reports concerning issues relating to human rights. Disclosure of the information in this request is in the public interest since release to us of these records, which directly relate to U.S. policy on Colombia, is likely to contribute significantly to greater public understanding of the operations or activities of the U.S. Government in Colombia.

To the extent that this request is denied based on a claimed exemption under the FOIA, please provide us with the basis for the claimed exemption, a summary of the material claimed to be exempt, and any reasonably segregable non-exempt portions of the requested material.

To expedite the release of the documents, please disclose them on an interim basis as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding the identity of the records, their location, the scope of the request or any other matters, please call me at (510) 986-0885. I look forward to receiving your response within the ten-day statutory time period.

Sincerely,


Paul Paz y Miño
ppaz@igc.org
Research Scholar
Institute for Policy Studies