

Central Intelligence Agency

Washington, D.C. 20505

30 November 2004

Mr. Paul Paz y Miño
Institute for Policy Studies
733 15th Street, NW, Suite 1020
Washington, DC 20005-2112

Reference: F-2004-01528

Dear Mr. Paz y Miño:

We received your 13 October 2004 letter on 20 October 2004. You are appealing our 29 June 2004 response to your 1 June 2004 Freedom of Information Act request for **"All records which mention or relate to the Colombian organization know as the "PEPES' or the *Perseguidos por Pablo Escobar*, People Persecuted by Pablo Escobar, Pablo Escobar and/or the death of Pablo Escobar."**

You appealed the adequacy of our search.

We have accepted your appeal and will arrange for the Agency Release Panel (ARP) to consider it. We will advise you of the ARP's decision.

We handle appeals as first-in, first-out. At present, we have approximately 180 appeals awaiting completion. In view of this, you must expect a delay in receiving the ARP's decision, but we will make every reasonable effort to complete our response as soon as possible.

Sincerely,

Scott Koch
Information and Privacy Coordinator



Central Intelligence Agency

Washington, D.C. 20505

29 June 2004

Mr. Paul Paz y Miño
Institute for Policy Studies
733 15th Street, NW, Suite 1020
Washington, DC 20005-2112

Reference: F-2004-01528

Dear Mr. Miño:

This acknowledges receipt of your 1 June 2004 letter requesting records under the provisions of the Freedom of Information Act (FOIA). Specifically, your request is for:

> **All records which mention or relate to the Colombian organization known as the "PEPES" or the *Perseguidos por Pablo Escobar*, People Persecuted by Pablo Escobar, Pablo Escobar and/or the death of Pablo Escobar.**

For identification purposes we have assigned your request the number referenced above. Please refer to this number in future correspondence.

In an effort to assist you we searched our database of previously released records using the search terms "pepes" and "Escobar." Enclosed are copies of two requester reports generated by this search. These documents were located in a search conducted on behalf of a previous requester. This search was conducted at no charge.

Based upon the information provided in your letter, we have determined that your request falls into the "educational and non-commercial scientific institution" fee category, which means that you will be required to pay only the cost of reproducing released records. You will be assessed for document copies at the rate of ten cents per page for pages in excess of the first 100, to which you are entitled free. A copy of our fee schedule is enclosed for reference

If you would like to order documents from the requester reports, please clearly mark those you want and return the entire listing to us, bearing in mind that some documents might be duplicates and some may not be relevant to your request. Because the page counts on the listings are not always accurate, please do not send payment in advance. We will bill you at the time we provide the documents you choose. At that time, we will ask you to make your check payable to the United States Treasurer.

We trust that you will find the enclosed information useful.

Sincerely,

Alan W. Tate
Acting Information and Privacy Coordinator