

*Four Decades of
Unconventional
Wisdom*

**Director**
John Cavanagh

**Board Of Trustees**
Ruth Adams
Harry Belafonte
Robert L. Borosage
Elsbeth Bothe
John Cavanaugh
Adrian De Wind
James Early
Ralph Estes
Frances T. Farenthold
Lisa Fuentes
Paul Landau
Nancy Lewis
Clarence Lusane
E. Ethelbert Miller
Marcus Raskin
Lewis M. Steel

February 16, 2005

Mr. Scott Koch
Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

    Re:  Case Number F-2004-01528
        Freedom of Information Act Appeal

Dear Mr. Koch:

I would like to acknowledge your letter of November 30, 2004 granting the appeal issued by The Institute for Policy Studies (IPS) regarding the search for all records regarding or referring to the Colombian organization known as the "PEPES" or the *Perseguidos por Pablo Escobar*, People Persecuted by Pablo Escobar, Pablo Escobar and/or the death of Pablo Escobar.

At this point in time I have received no follow-up information on the status of the search or the Agency Release Panel (ARP). We understand that there are many appeals waiting, but would like to remind you that well more than the required 20 work days have passed since your last letter. At this point in time we request an immediate response from the ARP and a status of the search for documents.

Furthermore, I ask that you disclose these documents as they become available to you without waiting until all the documents have been assembled. If the documents include classified information and the volume of this material makes a lengthy declassification review necessary, I request the segregation and prompt release of all elements of the documents portion-marked Unclassified or Declassified. Additionally, I request that the remaining classified portions undergo a careful review for the purpose of declassification, in whole or in part, and that you release to me all reasonably segregable non-exempt portions.

As you know, an agency cannot rely simply on the markings of a document to deny its release. In order that a document be withheld under Exemption 1, it must be reviewed and found to be in fact properly classified pursuant to both procedural and substantive criteria found in the governing Executive Order. This of course requires an actual, substantive review of the materials and their classification markings, according to Executive Order 12356, Section 3.4 Mandatory Review for Declassification.

---

Institute for Policy Studies, 733 15th Street, NW, Suite 1020, Washington, DC 20005-2112
Phone (202)234-9382, Fax (202)387-7915, www.ips-dc.org



*Four Decades of Unconventional Wisdom*

**Director**
John Cavanagh

**Board Of Trustees**
Ruth Adams
Harry Belafonte
Robert L. Borosage
Elsbeth Bothe
John Cavanaugh
Adrian De Wind
James Early
Ralph Estes
Frances T. Farenthold
Lisa Fuentes
Paul Landau
Nancy Lewis
Clarence Lusane
E. Ethelbert Miller
Marcus Raskin
Lewis M. Steel

Should you elect to invoke an exemption to the FOIA, I will require in your full or partial denial letter sufficient information to effectively appeal the denial. In accordance with the minimum requirements for administrative due process, this information should include: a) the basic factual material including the originator, date, length, and location of the withheld intercepts; and, b) explanations and justifications for denial, including the identification of the subsection of Executive Order 12356 under which the withheld document or portions of the document was found to be subject to classification, and, most importantly, explanations of how each exemption fits the withheld material.

Thank you for your consideration. I look forward to your response.

Sincerely,


Paul Paz y Miño
ppaz@igc.org
Research Scholar
Institute for Policy Studies

Institute for Policy Studies, 733 15th Street, NW, Suite 1020, Washington, DC 20005-2112
Phone (202)234-9382, Fax (202)387-7915, www.ips-dc.org