Central Intelligence Agency



Washington, D.C. 20505

21 February 2007

Mr. Paul Paz y Miño
Institute for Policy Studies
1112 16th Street, NW, Suite 600
Washington, DC 20005-2112

Reference: F-2004-01528

Dear Mr. Paz y Miño:

This letter expands on our 15 December 2006 response to your 1 June 2004 Freedom of Information Act (FOIA) request and subsequent litigation for "all records which mention or relate to the Colombian organization know as the "PEPES' or the *Perseguidos por Pablo Escobar*, People Persecuted by Pablo Escobar, Pablo Escobar and/or the death of Pablo Escobar."

As indicated in our 15 December 2006 response, we had one remaining document that required us to consult with other federal agencies. The consultation process is complete and we have determined that the document can be released in segregable form on the basis of FOIA exemptions (b)(1) and (b)(3).

Sincerely,

Scott Koch
Information and Privacy Coordinator

Enclosure

| Post-it® Fax Note | 7671 | Date 2/26/07 | # of pages ▶ |
|---|---|---|---|
| To Paul | | From Serho | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # | |
| Fax # | | Fax # 415- 4842 - 0713 | |

SECRET

(b)(1)
(b)(3)

OCA 2581-93
27 December 1993

MEMORANDUM FOR THE RECORD

SUBJECT:  Briefing for HPSCI Staff on Results of "Los Pepes"
          Panel and on Death of Pablo Escobar

      1.  On 6 December 1993, [                ] chairman of
the blue ribbon panel which had reviewed [
         ] the Colombian "Los Pepes" (Spanish acronym
for "People Persecuted by Pablo Escobar") vigilante group,
led a team which briefed HPSCI Staffers on the results of
our independent review.  In addition to [          ] Panel
member [                              ] and former
                      were present.  The following HPSCI
Staffers appeared:  Mike Sheehy, Dick Giza, Chris Healey,
Greg Frazier, Cathy Eberwein, and Steve Nelson.  The CIA
group had briefed SSCI Staffers at Hart Building immediately
prior to this session.  This 35-minute briefing took place
in HPSCI offices in Room H-405 Capitol and [
        ] took notes at both the SSCI and HPSCI
sessions for a formal MFR.

      2.  In summary, [          ] provided background on the
situation in Colombia and the creation of "Los Pepes,"
the formation of the panel, and its findings

Attached is a paper on the findings and conclusions of
the panel which [          ] used for his briefing.  HPSCI
staff did not ask for a copy.  Both Sheehy and Giza were
interested in why this type of panel was created.  Giza
commented at the conclusion that this issue was "one of
the most bizarre stories" he had ever seen, both in how
it arose and how it was investigated.  He commented that
DoD initially had severely over-reacted, but questioned
why the PFIAB or some other outside element had not been
chosen to look into it.

**APPROVED FOR RELEASE**

**DATE:** JANUARY 2007

All Portions
Classified SECRET

SECRET

SECRET

SUBJECT:  Briefing for HPSCI Staff on Results of "Los Pepes"
          Panel and on Death of Pablo Escobar

     3.  [          ] then provided a 10-minute briefing with
background information [

                                              ] HPSCI Staffers had
no substantive comments or questions.

                          House Liaison
                  Office of Congressional Affairs

Attachment

DCI/OCA/HAD/WDLieser:dms/37976 (27 Dec 93)

Distribution:
    Original - OCA Records (w/att)
         1 - DO[          ](w/att)
         1 - WDLieser Chrono (w/att)

2
SECRET



SECRET

SECRET

MORI DocID: 1397243
@004

SECRET

**Our records review**

Our review of CIA-held information was extensive:

- To the extent it was available to us, we read State Department "NODIS" and Roger Channel cable traffic related to Escobar.

- We searched for and reviewed additional                    finished intelligence and memoranda, on this topic.

- We reviewed open-source information on Los Pepes and its victims.

SECRET

SECRET

**What we found**

- There is after-the-fact reporting on the kidnappings and deaths of Los Pepes victims from a variety of sources.

- Los Pepes' victims were well-known associates of Pablo Escobar.

**What we could not check**

- We did not ask the DEA to search its records on their unilateral assets and operations related to the search for Escobar, nor does the CIA keep internal records of DEA operations.

- We do not have complete holdings of State Department no-dissemination and Roger Channel cable traffic.

SECRET

**SECRET**

## Background: The "Blue Ribbon Panel"

*This paper summarizes the formation, membership, and actions of the Panel that prepared this report.*

**Genesis**

During early November 1993 the Executive Director (ExDir), [ ] requested that a "blue ribbon panel" be formed to review information related to [ ] the Colombian task force to recapture Medellin narcotics kingpin Pablo Escobar Gaviria. A Colombian extra-legal vigilante group calling itself Los Pepes (People Persecuted by Pablo Escobar) has been assassinating Escobar's associates and destroying his prized properties.

**Membership**

Each Deputy Director selected a senior (SIS-level) officer to serve on this Panel:

- [ ] Senior Liaison Officer, Office of Technical Collection, Directorate of Science and Technology

- [ ] *Chairman;*

- [ ] Chief of Security Services Group, Office of Security, Directorate of Administration

- Karl Ruyle, Deputy Director, Office of Near East and South Asia Analysis, Directorate of Intelligence

**Duration**

The Panel met full-time from 8 November through 3 December 1993.

**Products**

The Panel produced daily "fact sheets" for the ExDir beginning on 15 November. The final Panel report integrates these fact sheets.

**SECRET**