Central Intelligence Agency



Washington, D.C. 20505

8 January 2007

Mr. Paul Paz y Miño
Institute for Policy Studies
1112 16th Street, NW, Suite 600
Washington, DC 20005-2112

Reference: F-2004-01528

Dear Mr. Paz y Miño:

    On 15 December 2006, we responded to your 1 June 2004 Freedom of Information Act (FOIA) request and subsequent litigation. The package was returned to us on 5 January 2007 as undeliverable with the notation "unable to locate as addressed." This letter forwards the package to you. Please keep us informed of any future address changes.

                              Sincerely,

                              Scott Koch
                        Information and Privacy Coordinator

Enclosures

Central Intelligence Agency



Washington, D.C. 20505

15 December 2006

Mr. Paul Paz y Miño
Institute for Policy Studies
733 15th Street, NW, Suite 1020
Washington, DC 20005-2112

Reference: F-2004-01528

Dear Mr. Paz y Miño:

    This concerns your 1 June 2004 Freedom of Information Act (FOIA) request and subsequent litigation for "all records which mention or relate to the Colombian organization know as the "PEPES´ or the *Perseguidos por Pablo Escobar*, People Persecuted by Pablo Escobar, Pablo Escobar and/or the death of Pablo Escobar." We processed your request in accordance with the FOIA, 5 U.S.C. § 552, et seq., and the CIA Information Act, 50 U.S.C. § 431. Our processing included a search for records in existence as of 1 June 2004.

    With respect to your request for a fee waiver, we have reviewed your request and determined that it does not meet our criteria for a fee waiver because the information you seek from Agency files would not contribute significantly to the public understanding of the operations and activities of the United States Government. However, as a matter of administrative discretion, we will not charge fees in this case.

    With regard to that portion of your request pertaining to Pablo Escobar, in accordance with section 3.6(a) of Executive Order 12958, as amended, the CIA can neither confirm nor deny the existence or nonexistence of records responsive to this portion of your request. The fact of the existence or nonexistence of requested records is properly classified and is intelligence sources and methods information that is protected from disclosure by section 6 of the CIA Act of 1949. Therefore, the Agency has denied this portion of your request pursuant to FOIA exemptions (b)(1) and (b)(3). An explanation of these exemptions is enclosed for your reference and retention.

Concerning the remaining portions of your request pertaining to PEPES´or the *Perseguidos por Pablo Escobar*, People Persecuted by Pablo Escobar, and/or the death of Pablo Escobar, we have completed a thorough search for records responsive to your request, and located the enclosed eight documents (MORI documents 1339991-1339992, 1340582-1340586, and 1391030), which can be released in segregable form on the basis of FOIA exemptions (b)(1), (b)(2), and (b)(3). We also located additional material, which we have determined is exempt from release and must be denied in its entirety on the basis of FOIA exemptions (b)(1), (b)(2), (b)(3), (b)(6), and (b)(7)(e).

During our searches, we also identified one document that requires this agency to consult with other federal agencies. Once the consultation process is complete, we will provide a supplemental response concerning that document.

Also, during our searches, we located additional United States Government material that was not originated by CIA. This material appears to be relevant to your request, and has been referred to the originating agencies for review and direct response to you.

The CIA regulations governing administrative appeals are set forth at 32 C.F.R. §1900.42. Those regulations state that no appeal shall be accepted if the information in question is the subject of litigation in the federal courts.

Sincerely,

Scott Koch
Information and Privacy Coordinator

Enclosures