Secret    TIER
2/17




# The Diversifying Latin American Drug Threat

(b)(1)
(b)(3)

*A Joint Intelligence Report*

DCI CNC    2000-10001

APPROVED FOR RELEASE
DATE: JUL 2006

Secret

CN 2000-10001
February 2000

*Copy* 0239

Secret

# The Diversifying Latin American Drug Threat

*A Joint Intelligence Report*



Secret

CN 2000-10001
February 2000

Secret

**The Diversifying Latin American
Drug Threat**

**Key Findings**

Secret
CN 2000-10001
February 2000



Secret

## Contents

|                   | Page |
| ----------------- | ---- |
| Key Findings      | iii  |
| Scope Note (U)    | vii  |

Secret

Scope Note







Secret

5

Secret

Secret

Secret

### The Faded Reign of Colombia's Cocaine Kingpins

Throughout the 1980s and into the early 1990s, the Medellin cartel dominated the international cocaine trade. In the late 1980s, the Ochoa brothers—Juan David, Jorge Luis, and the recently arrested Fabio—ran the most powerful of the Medellin cartel's drug-trafficking organizations. Taking advantage of Colombia's lenient sentencing guidelines, the Ochoa brothers voluntarily surrendered to the Colombian Government in late 1990 and early 1991. Following their surrender and the violent deaths of Jose Rodriguez-Gacha (December 1989) and Pablo Escobar (December 1993), the Medellin cartel fragmented and gradually lost its lock on the international cocaine market.

By the early 1990s, the loose association of five independent drug-trafficking groups, collectively known as the Cali cartel, came to dominate the international cocaine market. Some elements of the Cali cartel continue to play a role in the world's wholesale cocaine market. However, the capture of the Rodriguez Orejuela brothers in 1995, the death of Jose Santacruz-Londono in March 1996, and the assassination of incarcerated Cali kingpin Pacho Herrera in November 1998 accelerated the decentralization of the Cali-dominated cocaine trade. Experienced traffickers who have been active for years but worked in the shadow of the Cali drug lords—such as the recently arrested Alejandro Bernal Madrigal ("Juvenal")—have proven adept at seizing opportunities to increase their role in the drug trade.

Secret