~~Secret~~

DCI|CNS    IR 97-46017

# Intelligence Report
*DCI Crime and Narcotics Center*

7 May 1997

(b)(1)
(b)(3)

## Colombia: Changing Faces of the Drug Trade

**Summary**

APPROVED FOR RELEASE
DATE: JUL 2006

~~Secret~~

Case 1:06-cv-00960-HHK    Document 33-11    Filed 06/13/2007    Page 2 of 8

Case 1:06-cv-00960-HHK    Document 33-11    Filed 06/13/2007    Page 4 of 8

~~Secret~~

**Medellin Area**

This city in Antioquia department was the center of Colombia's drug business in the eighties when Pablo Escobar, one of the world's most powerful traffickers who was killed in 1993, led the Medellin mafia with the Ochoa brothers and Rodriguez Gacha.

~~Secret~~

Case 1:06-cv-00960-HHK    Document 33-11    Filed 06/13/2007    Page 8 of 8