(b)(1)
(b)(3)

APPROVED FOR RELEASE
DATE: JUL 2006

Page 1

SUBJECT: LATIN AMERICA BRIEF OCPAS LA BRIEF 93/280 FOR 03 DECEMBER 1993.

CONTENTS

1. COLOMBIA: IMPLICATIONS OF ESCOBAR'S DEATH

FUGITIVE DRUG LORD PABLO ESCOBAR WAS GUNNED DOWN YESTERDAY NEAR MEDELLIN WHEN HE RESISTED CAPTURE BY COLOMBIAN POLICE,

COMMENT: GOVERNMENT OPERATIONS HAVE ALLOWED ESCOBAR ONLY A MINOR TRAFFICKING ROLE SINCE HIS ESCAPE FROM PRISON LAST YEAR. HIS DEMISE IS LIKELY TO HAVE LITTLE IMPACT ON THE FLOW OF DRUGS FROM COLOMBIA, NOR WILL IT RESULT IN SIGNIFICANT TRAFFICKER RETALIATION. IT WILL, HOWEVER, REDUCE THE LEVEL OF NARCOTICS-RELATED VIOLENCE, MUCH OF WHICH HAD BEEN PERPETRATED BY ESCOBAR OR RIVAL TRAFFICKERS. HIS DEATH WILL LET PRESIDENT GAVIRIA TURN THE PAGE ON A LONG-RUNNING EMBARRASSMENT AND GIVE HIM A SHORT-TERM POLITICAL BOOST, BUT THE ISSUE OF HOW TO DEAL WITH THE CALI CARTEL WILL NOW COME TO THE FORE.

END OF MESSAGE                      SECRET

Case 1:06-cv-00960-HHK    Document 33-12    Filed 06/13/2007    Page 4 of 4