3338

(b)(1)
(b)(3)



APPROVED FOR RELEASE
DATE: JUL 2006

GRAPHIC MATERIAL
MAY NOT REPRODUCE CLEARLY

20 April 1995

DS 22

3340

Colombia: Drug-Related Violence Escalating        6

3349

### COLOMBIA: Drug-Related Violence Escalating

The government expects a major increase in violence against civilians following the car-bomb attack last week by fugitive drug lord Pablo Escobar on facilities of the anti-Escobar paramilitary group Los Pepes and the group's retaliatory killing of Escobar's chief lawyer. Bogota is redoubling efforts to capture Escobar and is offering $1.4 million for information on Los Pepes.

**Comment:** Despite the government's efforts, reprisal killings probably will continue, showing the limits of security forces and rekindling memories of the bloody drug war that preceded Escobar's surrender in 1991. Escobar probably believes only a sustained bombing campaign against upper-class targets will force the government to accept his terms for surrender. If he can muster the resources for such attacks, they might also intimidate presidential candidates and reinforce efforts to win support for decriminalizing narcotics.

6

Case 1:06-cv-00960-HHK    Document 33-14    Filed 06/13/2007    Page 4 of 4