APPROVED FOR RELEASE
DATE: JUL 2006

30 April 1993

(b) (1)
(b) (3)

Colombia: Extralegal Steps Against Escobar Possible    9

**COLOMBIA: Extralegal Steps Against Escobar Possible**

President Gaviria is worried that his political leverage and economic program will suffer unless Pablo Escobar is captured soon. Minister of Defense Pardo, however, is concerned that the police are providing intelligence to Los Pepes, a violent paramilitary group of anti-Escobar traffickers. Last week, the government reportedly announced a million-dollar bounty on Los Pepes, causing the group to proclaim it was disbanding.

Comment: While there is no evidence Gaviria would sanction police support for Los Pepes, his demand for an intensified effort to capture Escobar may lead some subordinates to rely more heavily on Los Pepes and on extralegal means. It is unlikely that Los Pepes will disband before achieving its goal of killing Escobar; it is more than likely the organization will continue to operate, but less openly.

9