MORI DocID: 1391030

SECRET

C.(A). Records ≛ (

(b)(1)
(b)(2)
(b)(3)

OCA 2512-93
6 December 1993

MEMORANDUM FOR THE RECORD

SUBJECT: Briefings of NSC and SSCI on "Los Pepes" Affair

1. On 6 December 1993, CIA DO officers briefed separately the NSC and SSCI on the "Los Pepes" Affair. ADDO Ted Price led the DO team in briefing the NSC but did not attend the SSCI session. Other DO personnel present at both briefings were ⎡                    ⎤ Chief of the CIA's independent investigation unit; and ⎡                    ⎤

⎡                    ⎤ or OCA accompanied. George Tenet and five members of his staff were present for the NSC brief. Only three SSCI Congressional Staffers showed: Tim Carlsgaard, Dave Addington, and Mike Hathaway.

2. The results of the investigation headed by ⎡        ⎤ were briefed to both the NSC and SSCI.

3. ⎡        ⎤ provided the background to the Los Pepes group, the establishment of a U.S. Embassy Joint Task Force and the concurrent establishment of a Colombian Task Force, all designed to assist in the apprehension of Escobar and other members of the Medellin cartel.

ALL PORTIONS CLASSIFIED
SECRET

SECRET

APPROVED FOR RELEASE
DATE: DEC 2006

SECRET

SUBJECT:  Brifings of NSC and SSCI on "Los Pepes" Affair

4.  [        ] was careful to note for the record that
there was a study completed in July 1992 based solely on DEA
information which contained a list of suspected Colombian
Medellin personnel.  Four of these people were ultimately
killed by Los Pepes.

                                    At the outset of the
briefing to the NSC, [        ] mentioned that the Embassy
Joint Task Force maintained no record of information passed
to the Colombians

and [        ]          noted that the [              ] team
assigned to the Embassy's Task Force kept a log of all
information passed to the Colombians.  The [    ]
organization has been asked for copies of this log.  If the
logs exists and we obtain copies, they will be examined to
determine whether we might have missed any information that
might have been passed to the Colombians and which could
have been used by Los Pepes.  This issue was not discussed
before the SSCI.

5.

6.  The briefing of the SSCI, like the one for the NSC,
was made at our request.  Only Tim Carlsgaard, Dave
Addington, and Mike Hathaway showed up.  [        ] gave the
same briefing he provided to Tenet.  There were no
questions.  The briefers reserved ten minutes to provide a
run-down on the shoot-out with Escobar and his body guard
which resulted in Escobar's death.

Carlsgaard asked whether there would be any after-action
report on Escobar and his overseas investment.

                  Deputy Director for Senate Affairs
                                2

SECRET

SECRET

SUBJECT:  Brifings of NSC and SSCI on "Los Pepes" Affair

|  | (9 Dec 93) |
|---|---|

Distribution:
    Original - OCA Records
        1 - D/OCA
        1 - [        ] Chrono

3
SECRET