

Central Intelligence Agency

Washington, D.C. 20505

21 February 2007

Mr. Paul Paz y Miño
Institute for Policy Studies
1112 16th Street, NW, Suite 600
Washington, DC 20005-2112

Reference: F-2004-01528

Dear Mr. Paz y Miño:

    This letter expands on our 15 December 2006 response to your 1 June 2004 Freedom of Information Act (FOIA) request and subsequent litigation for "all records which mention or relate to the Colombian organization know as the "PEPES' or the *Perseguidos por Pablo Escobar*, People Persecuted by Pablo Escobar, Pablo Escobar and/or the death of Pablo Escobar."

    As indicated in our 15 December 2006 response, we had one remaining document that required us to consult with other federal agencies. The consultation process is complete and we have determined that the document can be released in segregable form on the basis of FOIA exemptions (b)(1) and (b)(3).

Sincerely,

Scott Koch
Information and Privacy Coordinator

Enclosure

---

Post-it® Fax Note  7671  Date 2/26/07  # of pages ▸
To Paul                From Sasha
Co./Dept.              Co.
Phone #                Phone #
Fax #                  Fax # 415-442-0713

SECRET

(b)(1)
(b)(3)

OCA 2581-93
27 December 1993

MEMORANDUM FOR THE RECORD

SUBJECT: Briefing for HPSCI Staff on Results of "Los Pepes" Panel and on Death of Pablo Escobar

1. On 6 December 1993, [____] chairman of the blue ribbon panel which had reviewed [____] the Colombian "Los Pepes" (Spanish acronym for "People Persecuted by Pablo Escobar") vigilante group, led a team which briefed HPSCI Staffers on the results of our independent review. In addition to [____] Panel member [____] and former [____] were present. The following HPSCI Staffers appeared: Mike Sheehy, Dick Giza, Chris Healey, Greg Frazier, Cathy Eberwein, and Steve Nelson. The CIA group had briefed SSCI Staffers at Hart Building immediately prior to this session. This 35-minute briefing took place in HPSCI offices in Room H-405 Capitol and [____] [____] took notes at both the SSCI and HPSCI sessions for a formal MFR.

2. In summary, [____] provided background on the situation in Colombia and the creation of "Los Pepes," the formation of the panel, and its findings. [____] Attached is a paper on the findings and conclusions of the panel which [____] used for his briefing. HPSCI staff did not ask for a copy. Both Sheehy and Giza were interested in why this type of panel was created. Giza commented at the conclusion that this issue was "one of the most bizarre stories" he had ever seen, both in how it arose and how it was investigated. He commented that DoD initially had severely over-reacted, but questioned why the PFIAB or some other outside element had not been chosen to look into it.

APPROVED FOR RELEASE
DATE: JANUARY 2007

All Portions
~~Classified SECRET~~

SECRET

SECRET

SUBJECT:  Briefing for HPSCI Staff on Results of "Los Pepes" Panel and on Death of Pablo Escobar

3. ☐ then provided a 10-minute briefing with background information ☐ ☐ HPSCI Staffers had no substantive comments or questions.

☐
House Liaison
Office of Congressional Affairs

Attachment

DCI/OCA/HAD/WDLieser:dms/37976 (27 Dec 93)

Distribution:
    Original - OCA Records (w/att)
    1 - DO ☐ (w/att)
    1 - WDLieser Chrono (w/att)

2
SECRET



SECRET

SECRET

MORI DocID: 1397243
@004
02/26/2007 18:08 FAX

SECRET

**Our records review**  Our review of CIA-held information was extensive:

- [redacted]

- To the extent it was available to us, we read State Department "NODIS" and Roger Channel cable traffic related to Escobar.

- We searched for and reviewed additional [redacted] finished intelligence and memoranda, on this topic.

- We reviewed open-source information on Los Pepes and its victims.

- [redacted]

- [redacted]

SECRET

S~~E~~CRET

**What we found**

[redacted]

- There is after-the-fact reporting on the kidnappings and deaths of Los Pepes victims from a variety of sources.

[redacted]

- Los Pepes' victims were well-known associates of Pablo Escobar.

**What we could not check**

[redacted]

- [redacted]

- We did not ask the DEA to search its records on their unilateral assets and operations related to the search for Escobar, nor does the CIA keep internal records of DEA operations.

- We do not have complete holdings of State Department no-dissemination and Roger Channel cable traffic.

- [redacted]

S~~E~~CRET

SE~~C~~RET

## Background: The "Blue Ribbon Panel"

*This paper summarizes the formation, membership, and actions of the Panel that prepared this report.*

**Genesis**  During early November 1993 the Executive Director (ExDir), [redacted] requested that a "blue ribbon panel" be formed to review information related to [redacted] the Colombian task force to recapture Medellin narcotics kingpin Pablo Escobar Gaviria. A Colombian extra-legal vigilante group calling itself Los Pepes (People Persecuted by Pablo Escobar) has been assassinating Escobar's associates and destroying his prized properties. [redacted]

**Membership**  Each Deputy Director selected a senior (SIS-level) officer to serve on this Panel:

- [redacted] Senior Liaison Officer, Office of Technical Collection, Directorate of Science and Technology

- [redacted] Chairman; [redacted]

- [redacted] Chief of Security Services Group, Office of Security, Directorate of Administration

- Karl Ruyle, Deputy Director, Office of Near East and South Asia Analysis, Directorate of Intelligence

**Duration**  The Panel met full-time from 8 November through 3 December 1993.

**Products**  The Panel produced daily "fact sheets" for the ExDir beginning on 15 November. The final Panel report integrates these fact sheets.

SE~~C~~RET