## Global Economy's Sarah Anderson Represents IPS at World Social Forum

In late January, IPS Fellow Sarah Anderson participated in the first World Social Forum, a.k.a. "Anti-Davos," since it was designed as a counter to the annual elite gathering of corporate and government supporters of globalization in the swanky resort town of Davos, Switzerland.

Organizers chose Porto Alegre, Brazil as the site for the World Social Forum in order to showcase the achievements of the progressive Workers Party, which controls both the city and state governments and has become world-renowned for its innovative participatory budget system.

The summit consisted of morning plenary sessions (translated into four languages), followed by hundreds of workshops on every aspect of trade, agriculture, human rights, the environment, labor rights, democracy, violence and civil society, and other topics related to democracy and social justice. Among the featured speakers were Oscar Olivera, who received last year's Letelier-Moffitt award for his work against water privatization in Bolivia, and acclaimed Chilean author and former IPS employee Ariel Dorfman.

Anderson's main focus at the gathering was on the Free Trade Area of the Americas, the plan to negotiate a trade and investment deal among 34 countries in the hemisphere. IPS plays a key role in U.S. and hemispheric networks that are working to confront the current free trade model, as embodied in the North American Free Trade Agreement and the World Trade Organization, and to build consensus around an alternative vision.

Recently, Anderson edited a 30-page critique of the U.S. negotiating positions on the FTAA, entitled "America's Plan for the Americas." Her findings reveal that while the vast majority of



*Sarah Anderson protests the FTAA in Brazil*

Americans say they believe trade deals should advance labor and environmental protections, the U.S. proposals for the FTAA completely ignore these concerns. In fact, Anderson says, "The proposed hemispheric deal would actually be a step backwards from the much-criticized North American Free Trade Agreement in its treatment of social concerns." (for a full copy of the report: www.art-us.org).

In Porto Alegre, Anderson reported on the U.S. FTAA negotiating strategy at several meetings of the Hemispheric Social Alliance, a network of labor organizations and citizens coalitions representing more than 45 million people from throughout the Americas. Anderson will work with members of the HSA to carry out a rapid analysis of the full draft text of the FTAA when it is made available (likely to be this spring). She is also involved in preparations for a Peoples Summit that the HSA will hold prior to the meeting of 34 heads of state from the Americas (all except Castro) in Quebec City, Canada in April. The six-day Peoples Summit will involve educational and strategizing sessions culminating in a mass demonstration.

George W. Bush will make his debut on the international scene in Quebec City. He has stated that the FTAA is a top priority of his Administration and it's expected that in Canada he will call for a speed up of negotiations, aiming for completion in 2003 instead of the original 2005 deadline.

"Bush is rushing to clinch a deal on the FTAA," Anderson says. "But his vision for the Americas will be a tough sell in the public opinion marketplace and in the U.S. Congress. What was clear in Porto Alegre is that the citizens backlash against this corporate-led approach to globalization and the demand for a better alternative are only growing."

## IPS Briefs

In November, SALSA director Netfa Freeman traveled to Havana for the Second World Meeting for Friendship and Solidarity, joining over 4000 people from 118 countries. His account of the conference can be accessed through www.ips-dc.org.

Campaign For Migrant Domestic Worker Rights director Joy Zarembka's book, *The Pigment of Your Imagination: Mixed Race Families in Britain, Kenya, Zimbabwe, and Jamacia*, will be released in June by New York University Press.

(Electoral reform, from p. 1)

joined by Robert Borosage, former director of IPS and now with the Campaign for America's Future, IPS founder Marcus Raskin, and current IPS director John Cavanagh.

Outrage at how the 2000 elections were conducted, particularly in Florida, was a consistent theme, with Senator Wellstone declaring that he had decided to reverse his decision to retire after two terms because "You can't walk away from this."

The second panel, while no less outraged, focused on the weaknesses of the current system, proposed solutions, and how to implement them.

Representative Cynthia McKinney of Georgia gave a notable presentation on the redistricting fights she has faced. She reinforced her points with graphics showing the striking double standard that challenges majority black districts while ignoring majority white districts in clear violation of federal standards.

Other speakers included actor/activist Danny Glover, Rob Richie of the Center for Voting and Democracy, Stephanie Wilson of the Fannie Lou Hamer Project, Todd Cox of the NAACP Legal Defense and Education Fund, Nick Nyhart of the Public Campaign, Katrina vanden Huevel of *The Nation* magazine, and Ron Daniels of the Center for Constitutional Rights, who well captured the prevailing mood, saying, "Out of adversity we must seize this moment... All this madness is not what we would like to see and profess to believe in in terms of democracy."

Afternoon breakout sessions provided attendees with the opportunity for in-depth discussion of many different elements of electoral reform. Topics included campaign finance



*Eleanor Holmes Norton (D-DC) argues for voting rights for the District of Columbia while Marc Raskin and other panelists look on.*

reform, rights violations in the 2000 elections, instant runoff voting and proportional representation, recent electoral reforms abroad, building a broad pro-democracy movement, restoring voting rights to convicted felons, and representation for the District of Columbia.

## New Project on Nuclear Policy

The Institute's new Nuclear Policy Project's work will focus on three broad issues: strategic integration of nuclear material management into nuclear arsenal reductions and ending production of nuclear explosives, accountability of the nuclear weapons states to their citizens relative to social, environmental, safety, and health impacts, and structural collapse of Cold War nuclear institutions.

Project director Robert Alvarez helped draft legislation establishing a compensation plan for Department of Energy nuclear workers and

Based on the success of the event, IPS and *The Nation* magazine are collaborating on an internet action center on electoral reform, to be launched in March at www.ips-dc.org. The site will connect the many innovative resources now available on-line with special action materials in development at the Institute. The site will also feature commentary from *The Nation* and research of IPS associate fellow Steve Cobble.

IPS is also part of 'Democracy Summer,' which will bring young organizers to Florida for training and participation in various pro-democracy movements.

This was the first of a year-long schedule of "Action Agenda" forums organized by the Progressive Challenge. A second event on January 31 featured drug and prison issues. Future forums will focus on the budget and taxes, healthcare, and income inequality.

led a media campaign that played a crucial role in the legislation's enactment; drew national attention to the dangers resulting from the Cerro Grande Fire at Los Alamos National Laboratory (see www.ips-dc.org for one of his articles on the subject); forced changes in the way radioactive waste is handled; and brought attention, first from the media and then from the DOE, to cost overruns with a contractor.

Nuclear Policy project director Robert Alvarez served as senior policy advisor to the Secretary of Energy from 1993 to 1999.

(Climate Change, from p. 1)

India has long been a top recipient of World Bank loans, and, in the eyes of the World Bank, development in India meant energy, which in turn meant coal. Coal is abundant and cheaply produced in India (and in China, which has recently overtaken India as the top recipient of World Bank investment).

Conference participants saw the immediate consequences of mining and burning coal as they toured the region's coalmines and coal-fired power plants on the first day of the conference.

"We witnessed an unthinkable level of human degradation," said Daphne Wysham, SEEN coordinator. "Women and children drawing drinking water from grey rivers full of toxic fly-ash. A village surrounded by burning underground coal fires. Air thick with dust and smoke that burned our eyes and coated our lungs with soot. The land was like a barren, black moonscape. We saw no sign of the 'development' these coal projects are purported to bring to the poor. Instead, thousands of people are being resettled to make way for these open pit mines, which destroy the ecology, traditional tribal culture and economy of the region."

And while India's poor are paying the price now, coal's full bill has yet to come due: coal is a major contributor to climate change, emitting 80 percent more carbon dioxide ($CO_2$) than natural gas and about 20 percent more than oil. As the planet warms, the poorest are expected to suffer most.

Just prior to the conference, the Intergovernmental Panel on Climate Change released its review of the latest science on climate change, concluding that the planet is indeed warming, and at a frightening pace. The report stated that "there is new and stronger evidence that most of the warming observed over the last half century is attributable to human activities," and that the warming is expected to accelerate.

Using the latest climate models, the report predicted an increase in global average temperature of up to 10.4 degrees Fahrenheit (5.6 degrees Celsius) over the next century, and significant sea level rise. For countries like India, this pace of climate change will have devastating consequences, including: a tide of environmental refugees from low-lying neighbors like Bangladesh as sea levels rise; reduced food production as a result of shrinking glaciers in the Himalayas and increased droughts and flooding; and an increase in vector-borne diseases such as malaria, dengue fever, and the plague.

The demand for energy is expected to double in the next two decades with the vast majority of increase seen in the developing world, particularly in China and India. Coal consumption is forecast to almost double by 2020 in a business-as-usual scenario. Despite coal's abundance and low cost, many governments are recognizing the costs of coal dependency and are exploring alternative development and energy paths. Unfortunately, industrialized countries and international financial institutions have not taken a leadership role in promoting clean alternatives.

The International Conference ended with delegates committing to working toward the eventual phaseout of fossil fuel mining and use, taking all precautions to ensure that workers currently employed in these unsustainable activities are absorbed into cleaner, meaningful and more dignified livelihoods. In part due to pressure from SEEN and others, the World Bank claims it is "highly unlikely" it will invest in coal in India in the future.



*Representatives of Earth Day International and ToxicsLink of India speak at the Ranchi conference*

For more details on climate change, coal, the conference outcome and followup, please visit the SEEN website at: www.seen.org.

### COAL CONSUMPTION FACTS

*Coal mining and burning are not problems isolated in the developing world.*

- Though China has recently surpassed the U.S. in coal output, for decades U.S. coal production and consumption dwarfed that of other countries.

- The United Kingdom led coal production throughout the nineteenth century, but by 1900 the U.S. was the leading producer. Today the US consumes over a billion tons of coal annually, or roughly 25 percent of total world consumption.

- Nine out of ten tons of coal consumed in the US are devoted to electricity generation.

- In 1970, less than 20 percent of US electricity was coal-fired; today coal generates 56 percent of U.S. electricity.

- Currently, about two-thirds of world coal consumption is accounted for by just five countries: China, the United States, Russia, India, and Germany. Japan, Poland, South Africa, Ukraine, and the United Kingdom account for an additional 14 percent.

## Foreign Policy In Focus Evaluates Bush Team, Releases New Media Guide

On January 25, 2001, the Foreign Policy In Focus project (FPIF), a joint project of IPS and the Interhemispheric Resource Center held a briefing at the National Press Club on the foreign policy prospects under the new Bush administration. Members of the press packed the room to hear commentary from leading progressive experts, many of whom were in town to participate in the project's advisory board meeting.

Robert Borosage (Campaign for America's Future) led off with a look at Bush's military budget. He blasted the Defense Department for their slack accounting practices, pointing out that the Pentagon is currently unable to account for an amount of money equal to Bush's proposed increases to the education budget for the next four years. He also raised concerns over the budgetary priorities of Bush's military advisors, most of whom gained their expertise during the Cold War in the first Bush administration.

William Hartung (World Policy Institute) then gave a humorous but incisive critique of the National Missile Defense program and its destabilizing influence. Coletta Youngers (Washington Office on Latin America) discussed Colombia policy, expressing concern about the lack of Latin American experience amongst Bush's team and worrying about a return of Cold War attitudes towards the region. She did, however, point out some signs that the Bush team's vision of the 'War on Drugs' will involve less foreign intervention.

Salih Booker (Africa Policy Information Center) saw little cause for optimism about Bush's Africa policy: "Four days into the new Administration, George W. Bush in effect declared war or Africa and Africans. Bush's very first foreign policy action was to defund international public health family planning services. Bush's next action was to place under review an executive order that supports African countries' right to import or produce generic versions of HIV/AIDS medications that are still under U.S. patent. These actions constitute an assault on Africans' health at a time when the continent faces the world's greatest health crisis."

John Gershman (FPIF Asia editor) predicted that "By April at the latest, the Bush administration's foreign policy team will be in a convulsive debate, both internally and with key Republican legislators, over U.S.-China policy." He cited Taiwan as the key issue, specifically arms sales and the decision on whether to issue an explicit pledge to defend the island.

Stephen Zunes (Univ. of San Francisco) called for a Middle East policy that recognizes that "the Jews did not give up on their dream of a national homeland for 2,000 years. The Palestinians are not going to give up after just 50."

IPS director John Cavanagh capped the briefing with a look the ideological divides that complicate Bush's trade agenda, saying that "George Bush will have no opportunity to be a uniter on trade policy. The same divisions that virtually paralyzed the Clinton administration on trade policy threaten to do the same with Bush. Rather, Bush's choice will be whether to be a clever divider or a clumsy divider."

You can find analysis from these and other policy experts at: www.foreignpolicy-infocus.org.

The press conference also marked the release of Global Perspectives 2001, the newly updated FIPF media guide, arrived. The guide lists nearly 100 progressive foreign policy experts indexed by area of expertise to enable the working press to quickly locate progressive voices to comment on breaking news. An expanded, fully searchable version of the guide is planned for the project's website. To buy a copy of the guide, or apply for a free copy as a member of the working press, visit *www.ips-dc.org* or call the Institute.



*Salih Booker listens as William Hartung discusses the National Missle Defense program.*

> "As Ronald Reagan said, 'here we go again': pushing missile defense, pressing for a major increase in military spending and a major tax cut simultaneously, and even engaging in loose talk about "usable" nuclear weapons."
> 
> — Bill Hartung

## March Conference On Pinochet Precedent

IPS's Bring Pinochet to Justice Campaign, in conjunction with American University's Washington College of Law, is sponsoring a conference entitled "The Pinochet Precedent: Individual Accountability for International Crimes" on Monday, March 26, 2001. The event will run from 8:30 a.m. to 6:00 p.m. at the Washington College of Law, 4801 Massachusetts Avenue, NW, Rm. 603, Washington, DC.

This conference will bring together jurists and legal scholars from around the world to share experiences and carefully examine national and international mechanisms for holding individuals accountable for international crimes. Panelists will trace the development and impact of the Pinochet case and will examine the experiences of other cases that have grown out of the so-called "Pinochet precedent." They will also consider the questions of whether the United States is falling short of its obligations to hold perpetrators of international crimes accountable and how we can create a legislative and judicial framework for universal jurisdiction in this country.

The panels will consist of a number of distinguished legal scholars from the U.S. and abroad including Rep. Juan Bustos, lawyer in the "Caravan of Death" case against Pinochet in Chile; Joan Garcés, attorney who led the case against Pinochet in Spain; Pascal Kambale, legal advisor for Senegalese case brought against Hissène Habré (former dictator of Chad); and Rep. Marcos Rolim, director of the Brazilian Congressional Committee on Human Rights seeking to prosecute Alfredo Stroessner.

For full conference agenda and registration information visit www.ips-dc.org or contact Stacie Jonas, at 202-234-9382, or s-jonas@mindspring.com.

## Saul Landau. . . The Wurst Is Yet to Come

*For those who still eat meat out there*
*I don't want to blow the horn*
*Nor change the listeners' eating taste*
*From porterhouse to corn*

*You've heard about meat scandals*
*The ones in Europe anyhow*
*Where outbreaks of hoof and mouth disease*
*Compound the epidemic of mad cow*

*It seems that the meat producers*
*To make their profits soar and leap*
*Fed dead animal parts to live animals*
*I refer to brains of poor dead sheep*

*And when they ship them round the world*
*As the large growers are wont to do*
*They pack them tight in cattle cars*
*All the way from Britain to Beirut*

*The butcher shops must buy this meat*
*They really have no choice*
*The companies control the play*
*And consumers have no voice*

*They cram the cows together*
*few inspectors check their health*
*The companies have but one concern*
*Which is to magnify their wealth*

*They lobby against all regulation*
*And deny blame for their misdeeds*
*It's profits not meat that matters*
*Hey that's the industry's creed*

*Back in our own great country*
*millions wretched from e. coli food*
*eating assembly-line hamburgers*
*that we equate with the common good*

*The famous golden arches loom*
*Over fast food shacks galore*
*Burger king and junior Carl's*
*Proliferate like live spores*

*But now the scare that Europe knows*
*Has finally reached our land*
*We suffer from our own human disease*
*Our madness is quite grand*

*I conclude this tale of animal woe*
*by alerting all of my friends*
*Lay off the Bigs Macs and KFCs*
*Remember the means have ends*

*Big companies care about making*
*their dough*
*Not about giving you healthy regimes*
*So lay off of meat you don't raise yourself*
*The result could be worse than it seems*

**Need more from IPS fellow Saul Landau? Listen for his commentaries on Pacifica, or visit his website: www.saullandau.org**

# COMING SOON TO A SCREEN NEAR YOU...
## IPS/The Nation Electoral Reform Web Action Center



www.ips-dc.org/electoral

- ▶ Links to the best resources on instant runoff voting, proportional representation, DC voting rights, and more

- ▶ Analysis from The Nation magazine and IPS scholars

- ▶ IPS Electoral Reform Action Pack and other resources to get you involved

- ▶ Upcoming events

- ▶ Links to electoral reform commissions and coalitions

- ▶ Text and analysis of pending legislation on every level

- ▶ Information on democracy overseas

IPS News
Institute for Policy Studies
733 15th Street NW, Suite 1020
Washington, DC, 20005

Non-Profit Organization
Postage Paid
Permit No. 7748
Washington, DC