| MORI ID # | Pub Date | Pages | Document Title |
|---|---|---|---|
| 703382 | 02/09/1993 | 2 | MEDELLIN BOMBS CLAIMED BY PABLO ESCOBAR ENEMIES |
| 703383 | 02/08/1993 | 2 | NEW PEPES GROUP PLANTS BOMB IN MEDELLIN |
| 703384 | 09/20/1996 | 3 | COLOMBIA: HELMER HERRERA INTERVIEWED AFTER SURRENDER TO AUTHORITIES |
| 703385 | 06/12/2001 | 4 | COLOMBIA: THIRD CASTANO BROTHER PART OF AUC FINANCIAL INVESTIGATION |
| 703386 | 05/21/2001 | 3 | ARTICLE ASKS COLOMBIAN PRESIDENTIAL CANDIDATES TO EXPLAIN THEIR PLAN FOR COUNTRY DURING WAR |
| 703387 | 04/24/2001 | 6 | BOGOTA TV HIGHLIGHTS 241200: BOG 01 - - 1065 |
| 703388 | 11/21/2000 | 5 | ANNCOL CRITICIZES GAVIRIA'S CALL FOR PEACE AS HYPOCRITICAL |
| 703389 | 11/13/2000 | 3 | BOGOTA TV HIGHLIGTHS 131730: BOG 00 - - 235 |
| 703390 | 08/14/2000 | 4 | CASTANO ORDERS SIX GANG LEADERS KILLED |
| 703391 | 01/13/2000 | 3 | ARTICLE QUESTIONS ALBRIGHT ON US AID TO COLOMBIA |
| 703392 | 11/08/1999 | 4 | ARTICLE VIEWS 'POWER' OF 'DON BERNA' |
| 703393 | 07/29/1999 | 3 | BOGOTA TV HIGHLIGHTS 291730: BOG 99 - 138 |
| 703394 | 03/03/1999 | 2 | PROSECUTOR ORDERS CASTANO'S ARREST |
| 703395 | 08/20/1997 | 3 | POLICE CHIEF ON ALLEGED TERRORIST GROUP |
| 703396 | 01/02/1996 | 2 | AUTHORITIES SUSPECT REORGANIZATION OF MEDELLIN CARTEL |
| 703397 | 11/28/1993 | 2 | POLICE INVESTIGATE KIDNAPPING OF TUTOR OF ESCORBAR'S CHILDREN, DYNAMITE ATTACKS |
| 703398 | 11/19/1993 | 2 | HOODED MEN ATTACK FARM OWNED BY ESCOBAR'S RELATIVE |
| 703399 | 12/06/1993 | 5 | NEWSCLIP RE ROUNDUP OF ANTINARCOTICS OPERATIONS FOR 24 - 29 NOVEMBER |
| 703400 | 12/06/1993 | 7 | REPORTING ON DEATH OF MEDELLIN DRUG LORD PABLO ESCOBAR |
| 703402 | 12/06/1993 | 2 | REPORTING ON PEPES' THREATS AND ALLEGED ACTIONS AGAINST ESCOBAR AND FAMILY |
| 703403 | 12/08/1993 | 7 | NEWSCLIP RE SEMTEX INVENTOR DISCUSSES SELF, PRODUCT |
| 703404 | 12/08/1993 | 2 | PEPES THREATENS TO LAUNCH 'ALL-OUT WAR' AGAINST ESCOBAR |
| 703405 | 12/13/1993 | 3 | REACTIONS TO ESCOBAR'S DEATH |
| 703406 | 01/26/1994 | 2 | PEPES SENDS LETTER TO ESCOBAR'S MOTHER |
| 703407 | 01/26/1994 | 5 | NEWSCLIP RE ROUNDUP OF ANTINARCOTICS OPERATIONS FOR 16 - 21 JANURY |
| 703408 | 02/14/1994 | 2 | MEDELLIN CARTEL MEMBERS OFFER DEAL TO PEPES ORGANIZATION |
| 703410 | 03/21/1994 | 4 | BACKGROUND OF SURRENDER NEGOTIATIONS DETAILED |
| 703411 | 04/04/1994 | 6 | NEWSCLIP RE ROUNDUP OF COUNTERNARCOTICS OPERATIONS FOR 21-28 MARCH |



| MORI ID # | Pub Date | Pages | Document Title |
|---|---|---|---|
| 703412 | 03/21/1994 | 4 | DETAILS OF TRAFFICKERS' 'SUMMIT' TO DISCUSS 'PEACE' REPORTED |
| 703413 | 04/04/1994 | 6 | DE GREIFF CRITICIZED OVER SURRENDER TALKS |
| 703414 | 04/04/1994 | 2 | PEPES LEADER DENIES SENDING 'THREATS' TO ESCOBAR'S WIDOW |
| 703415 | 06/20/1994 | 5 | NEWSCLIP RE NARCOTICS ROUNDUP FOR 9 - 16 JUNE |
| 703416 | 06/20/1994 | 9 | FIDEL CASTANO DISCUSSES RELATIONSHIP WITH PABLO ESCOBAR, 'LOS PEPES' |
| 703417 | 08/10/1994 | 2 | NEW PARAMILITARY GROUP CLAIMS UNION MURDERS |
| 703419 | 08/10/1994 | 2 | NEW GROUP VOWS TO FIGHT GUERRILLAS |
| 703420 | 06/30/1995 | 53 | INTRNATIONAL NARCOTICS CONTRABAND, FORMER USSR |
| 703421 | 02/02/1993 | 2 | PRESIDENT GAVIRIA CONDEMNS WEEKEND BOMB ATTACKS |
| 703422 | 02/02/1993 | 2 | NEW GROUP DECLARES WAR ON PABLO ESCOBAR |
| 703423 | 02/01/1993 | 2 | ESCOBAR 'ENEMIES' CLAIM MEDELLIN BOMBINGS |
| 703424 | 02/28/1993 | 4 | NEWSCLIP RE LATIN AMERICA DAILY REPORT |
| 703425 | 02/28/1993 | 2 | PEPES GROUP MURDERS SIX YOUTHS IN EL RETIRO |
| 703426 | 02/17/1993 | 2 | GOVERNMENT CONDEMNS 15 FEB CAR BOMB ATTACKS |
| 703427 | 02/17/1993 | 2 | ANTI-ESCOBAR GROUP REPORTEDLY BURNS RESIDENCE |
| 703428 | 02/22/1993 | 2 | GROUP DESTROYS TWO ESCOBAR FAMILY PROPERTIES |
| 703429 | 02/18/1993 | 2 | ESCOBAR PERSONAL SECURITY CHIEF SURRENDERS |
| 703430 | 01/25/1993 | 2 | PEPES BURNS ANOTHER ESCOBER HACIENDA |
| 703431 | 01/25/1993 | 4 | NEWSCLIP RE LATIN AMERICA DAILY REPORT |
| 703432 | 03/01/1993 | 2 | ANTI-ESCOBAR GROUP DESTROYS RANCH IN ANTIOQUIA |
| 703433 | 03/02/1993 | 4 | NEWSCLIP RE LATIN AMERICA DAILY REPORT |
| 703434 | 03/02/1993 | 2 | PEPES GROUP KILLS PABLO ESCOBAR ASSOCIATE |
| 703435 | 03/02/1993 | 8 | * FREE COLOMBIA MEMBERS DESCRIBE GROUP'S MISSION |
| 703436 | 03/03/1993 | 4 | NEWSCLIP RE LATIN AMERICA DAILY REPORT |
| 703437 | 03/03/1993 | 2 | ARMY, POLICE CHIEFS COMMENT ON PEPES |
| 703438 | 03/03/1993 | 2 | PEPES SAID TO KILL FOUR HAITIAN-BORN MEN |
| 703440 | 03/03/1993 | 3 | GOVERNMENT MINISTER ON FARC LETTER TO PASTRANA |
| 703441 | 03/05/1993 | 5 | NEWSCLIP RE LATIN AMERICA DAILY REPORT |
| 703442 | 03/05/1993 | 2 | POLICE DENY PERSECUTION OF ESCOBAR'S RELATIVES |

| MORI ID # | Pub Date | Pages | Document Title |
|---|---|---|---|
| 703443 | 03/05/1993 | 2 | PEPES GROUP KIDNAPS, MURDERS ALLEGED ESCOBAR LAWYER |
| 703444 | 03/09/1993 | 4 | NEWSCLIP RE LATIN AMERICA DAILY REPORT |
| 703445 | 03/09/1993 | 4 | * PEPES ATTACKS SAID PRESSURING ESCOBAR, FAMILY |
| 703446 | 03/09/1993 | 2 | PROSECUTOR GENERAL REJECTS PLANNED ESCOBAR SURRENDER |
| 703447 | 03/18/1993 | 6 | NEWSCLIP RE LATIN AMERICA DAILY REPORT |
| 703448 | 03/18/1993 | 6 | *SPECULATION ON FIDEL CASTANO LINK TO PEPES |
| 703449 | 04/05/1993 | 2 | PEPES ANNOUNCES RENEWAL OF TERRORIST ACTIVITIES |
| 703450 | 04/08/1993 | 4 | NEWSCLIP RE LATIN AMERICA DAILY REPORT |
| 755616 | 06/12/2001 | 4 | COLOMBIA: THIRD CASTANO BROTHER PART OF AUC FINANCIAL INVESTIGATION |
| 757955 | 02/01/1993 | 3 | ENEMIES OF PABLO ESCOBAR CLAIM CREDIT FOR MEDELLIN BOMBS |
| 757958 | 12/03/1993 | 3 | TELEVISION PROGRAM SUMMARY 013730: BOG 93-470 |
| 757959 | 12/04/1993 | 4 | TELEVISION PROGRAM SUMMARY 040000: BOG 93-471 |
| 757960 | 07/16/1993 | 3 | BUS DYNAMITED IN MEDELLIN, NO CASUALTIES REPORTER |
| 757961 | 06/27/1993 | 2 | R. ESCOBAR GIVES DE GRIEFF LIST OF PEPES MEMBERS |
| 757962 | 04/17/1993 | 3 | TAKE 2 OF 2 -- JUSTICE MINISTER VIEWS CAR BOMB INCIDENT |
| 757963 | 07/26/1993 | 3 | 'LOS PEPES' SOUGHT BY PABLO ESCOBAR LIVING IN CHILE |
| 757964 | 12/03/1993 | 3 | FINAL OPERATION AGAINST ESCOBAR INITIATED BY PHONE CALL |
| 757965 | 04/16/1993 | 3 | POLICE REPORT MURDER OF ESCOBAR'S CHIEF LEGAL COUNSEL |
| 757966 | 02/12/1993 | 3 | TAKE 1 OF 4 -- REGIONAL GUERRILLA REPORT 30 JAN-11 FEB |
| 757967 | 02/12/1993 | 7 | TAKEALL-- REGIONAL GUERRILLA REPORT 30 JAN-11 FEB |
| 757968 | 02/02/1993 | 3 | GAVIRIA CONDEMNS WEEKEND BOMB ATTACKS |
| 757969 | 02/01/1993 | 3 | NEW GROUP DECLARES WAR ON PABLO ESCOBAR GAVIRIA |
| 757970 | 11/19/2001 | 6 | INTERVIEW WITH COLOMBIAN DRUG LORD WHO SURRENDERED TO US AUTHORITIES |
| 757971 | 04/06/1993 | 3 | TELEVISION PROGRAM SUMMARY 060000: BOG 93-131 |
| 757972 | 04/05/1993 | 3 | TELEVISION PROGRAM SUMMARY 051730: BOG 93-130 |
| 757973 | 04/17/1993 | 3 | TELEVISION PROGRAM SUMMARY 170000: BOG 93-149 |
| 757974 | 04/21/1993 | 3 | TELEVISION PROGRAM SUMMARY 210000: BOG 93-153 |
| 757975 | 04/20/1993 | 3 | TELEVISION PROGRAM SUMMARY 201730: BOG 93-152 |
| 757976 | 06/30/1993 | 3 | TELEVISION PROGRAM SUMMARY 301730: BOG 93-253 |

| MORI ID # | Pub Date | Pages | Document Title |
|---|---|---|---|
| 757977 | 06/28/1993 | 3 | TELEVISION PROGRAM SUMMARY 281730: BOG 93-249 |
| 757978 | 11/19/1993 | 3 | TELEVISION PROGRAM SUMMARY 190000: BOG 93-450 |
| 757979 | 11/03/1993 | 4 | TELEVISION PROGRAM SUMMARY 031730: BOG 93-430 |
| 757980 | 08/19/1993 | 3 | TELEVISION PROGRAM SUMMARY 191730: BOG 93-328 |
| 757981 | 11/30/1993 | 3 | TELEVISION PROGRAM SUMMARY 301730: BOG 93-463 |
| 757982 | 12/01/1993 | 3 | TELEVISION PROGRAM SUMMARY 010000: BOG 93-464 |
| 757983 | 12/01/1993 | 3 | TELEVISION PROGRAM SUMMARY 011730: BOG 93-465 |
| 757984 | 12/02/1993 | 3 | TELEVISION PROGRAM SUMMARY 020000: BOG 93-466 |
| 757986 | 03/05/1993 | 4 | TELEVISION PROGRAM SUMMARY 050100: HAV 93-059 |
| 757987 | 03/05/1993 | 3 | TELEVISION PROGRAM SUMMARY 050000: BOG 93-087 |
| 757988 | 03/04/1993 | 3 | TELEVISION PROGRAM SUMMARY 041730: BOG 93-086 |
| 757989 | 03/01/1993 | 3 | TELEVISION PROGRAM SUMMARY 011730: BOG 93-080 |
| 757990 | 02/26/1993 | 3 | TELEVISION PROGRAM SUMMARY 260000: BOG 93-077 |
| 757991 | 02/24/1993 | 3 | TELEVISION PROGRAM SUMMARY 240000: BOG 93-073 |
| 757992 | 02/20/1993 | 3 | TELEVISION PROGRAM SUMMARY 200000: BOG 93-069 |
| 757993 | 02/19/1993 | 3 | TELEVISION PROGRAM SUMMARY 191730: BOG 93-068 |
| 757994 | 02/19/1993 | 3 | TELEVISION PROGRAM SUMMARY 190000: BOG 93-067 |
| 757995 | 02/18/1993 | 3 | TELEVISION PROGRAM SUMMARY 180000: BOG 93-0065 |
| 757996 | 02/05/1993 | 3 | TELEVISION PROGRAM SUMMARY 051630: BOG 93-049 |
| 757997 | 02/01/1993 | 3 | TELEVISION PROGRAM SUMMARY 011630: BOG 93-041 |
| 757998 | 01/20/1994 | 3 | TELEVISION PROGRAM SUMMARY 201730: BOG 94-025 |
| 758000 | 04/16/1993 | 3 | TELEVISION PROGRAM SUMMARY 161730: BOG 93-148 |
| 764252 | 03/01/1993 | 11 | (EST PUB DATE) LATIN AMERICAN MILITARY ISSUES |
| 764253 | 04/20/1993 | 3 | SUDAN: TRYING TO DEFLECT INTERNATIONAL PRESSURE |
| 834754 | 03/01/1993 | 11 | (EST PUB DATE) LATIN AMERICAN MILITARY ISSUES |

Total # Documents: 249        Total # Pages: 890

| MORI ID # | Pub Date | Pages | Document Title |
|---|---|---|---|
| 768161 | 07/08/1991 | 3 | ESCOBAR 'WILLING TO REMAIN IN JAIL FOR LIFE' |
| 768162 | 07/04/1991 | 2 | ESCOBAR GAVIRIA DENIES ROLE IN 'EXTRADITABLES' ATTACKS |
| 834754 | 03/01/1993 | 11 | (EST PUB DATE) LATIN AMERICAN MILITARY ISSUES |
| 934745 | 03/01/1986 | 30 | (EST PUB DATE) UNITED STATES OF AMERICA V. MANUEL ANTONIO NORIEGA; GUSTAVO DEJESUS GAVIRIA-RIVERO; PABLO ESCOBAR-GAVIRIA; LUIS DEL CID; ROBERTO STEINER; FRANCISCO CHAVEZ-GIL; DAVID RODRIGO ORTIZ-HERMIDA; AMET PAREDES; RICARDO BILONICK; LUIS FERNANDO ESCOBAR-OCHOA; BRIAN ALDEN DAVIDOW; HERMAN VELEZ; WILLIAM SALDARRIAGA; EDUARDO PARDO |
| 990613 | 08/10/1991 | 4 | BACKGROUND ON THE ASSASSINATION OF GUATEMALAN POLICE OFFICER JOSE MIGUEL MERIDA ESCOBAR |
| 990938 | 08/10/1991 | 4 | BACKGROUND ON THE ASSASSINATION OF GUATEMALAN POLICE OFFICER JOSE MIGUEL MERIDA ESCOBAR |

Total # Documents: 254        Total # Pages: 926