Search Title/Keywords - Find ALL search terms  
SEARCH TERMS: "escobar"  
Case 1:06-cv-00960-HHK    Document 33-23    Filed 06/13/2007    Page 1 of 5    F- 2004-01528

Requester Report  
Database Transactions from: 01/01/1900 to 06/24/2004  
Sorted by Document Number

Date of Report: 06/24/2004

| MORI ID # | Pub Date | Pages | Document Title |
|---|---|---|---|
| 12060 | 01/01/1980 | 1 | PANAMA SENATE VOTE ON NEUTRALITY TREATY (DOC UNDATED-PUB DATE ESTIMATED) |
| 38988 | 12/05/1986 | 14 | REPORTAGE ON MEDELLIN CARTEL'S OPERATION NICARAGUA LINK-COLOMBIA-BOGOTTA EL ESPECTADOR IN SPANISH-DURING 1978 THERE WERE 28 MURDERS IN MIAMI ASSOCIATED WITH THE DRUG TRAFFIC AND 120 ARREST WARRANTS WERE ISSUED-OCHOA, J.-ESCOBAR, P.-LEHDER, C-RIDRIGUEZ, G.-VAUGHAN, F. |
| 40246 | 05/16/1974 | 1 | CHILE: CABINET MODERATES OUSTED-DOC ALSO MENTIONS-PRESIDENT PINOCHET REMOVED LEADING MODERATE, INTERIOR MINISTER JARPA, AND FINANCE MINISTER ESCOBAR, BOTH OF WHOM HAVE CRITICIZED THE CURRENT POLITICAL CRACKDOWN- (PUBDATE IS ESTIMATED FROM OTHER DOCUMENT)- |
| 42376 | 05/22/1988 | 1 | ESCOBAR ON STATUS OF U.S. NEGOTIATIONS |
| 43931 | 10/17/1989 | 1 | MORMON CHURCH ARSON TERRORISTS INDICTED |
| 44547 | 10/22/1989 | 4 | TAKE 1 OF 2 -- ARMY DEFECTOR ON DEATH SQUADS, PART III(FARABUNDO MARTI NATIONAL LIBERATION FRONT) |
| 145859 | 06/03/1998 | 2 | PABLO ESCOBAR'S BROTHER-IN-LAW KIDNAPPED AT RIONEGRO |
| 209433 | 07/26/1993 | 3 | 'LOS PEPES' SOUGHT BY PABLO ESCOBAR LIVING IN CHILE |
| 209434 | 10/28/1993 | 2 | BROTHER JOF ESCOBAR AIDE KIDNAPPED, KILLED |
| 209435 | 11/16/1993 | 2 | LOS PEPES DYNAMITE FARMHOUSE OWNED BY ALLEGED CARTEL MEMBER |
| 209437 | 11/19/1993 | 3 | TELEVISION PROGRAM SUMMARY 190000: BOG 93-450 |
| 209438 | 12/01/1993 | 3 | TELEVISON PROGRAM SUMMARY 010000: BOG 93-464 |
| 209439 | 12/03/1993 | 3 | TELEVISION PROGRAM SUMMARY 031730: BOG 93-470 |
| 209440 | 12/05/1993 | 3 | ENDARA, COLOMBIA ASK FOR INVESTIGATION INTO ESCOBAR FUNDS |
| 209441 | 01/03/1994 | 2 | ROBERTO ESCOBAR ASKS LOS PEPES FOR PEACE FOLLOWING ATTACK |
| 209442 | 01/24/1994 | 2 | PEPES SENDS LETTER TO PABLO ESCOBAR'S MOTHER |
| 209444 | 03/15/1994 | 4 | TAKES 1 & 2 - -TRAFFICKERS SAID TO DISCUSS PEAC PACT |
| 209445 | 03/17/1994 | 4 | TAKES 1 & 2 - -CARTEL LAWYERS DENY CLIENT'S TIES TO PEPES |
| 209446 | 03/28/1994 | 2 | PEPES LEADER DENIES SENDING 'THREATS' TO ESCOBAR'S WIDOW |
| 209447 | 03/29/1994 | 5 | TAKES 1 & 2- -DE GREIFF CRITICIZED OVER SURRENDER TALKS |



| MORI ID # | Pub Date | Pages | Document Title |
|---|---|---|---|
| 209890 | 09/02/1996 | 3 | HELMER HERRERA INTERVIEWED AFTER SURRENDER TO AUTHORITIES |
| 209891 | 01/20/1994 | 2 | TELEVISION PROGRAM SUMMARY 201730: 94-025 |
| 703238 | 05/03/1993 | 10 | NEWSCLIP RE INTERNATIONAL TERRORISM |
| 703239 | 05/04/1993 | 2 | MEDELLIN AUTHORITIES WELCOME PEPES DECISION |
| 703240 | 05/03/1993 | 2 | PEPES ANNOUNCE DISSOLUTION OF 'TERRORIST GROUP' |
| 703241 | 05/03/1993 | 3 | NEWSCLIP RE INTERNATIONAL TERRORISM INCLUDING TERRORIST GROUP IN COLOMBIA DISSOLVING BECAUSE OF GOVERNMENT ACTION ACTION PABLO ESCOBAR |
| 703242 | 11/22/1993 | 2 | LOS PEPES IMPLICATED IN ATTACKS ON PROPERTY OF ESCOBAR'S RELATIVES, FRIENDS |
| 703243 | 11/22/1993 | 5 | NEWSCLIP RE NARCOTICS INTERNATIONAL |
| 703244 | 11/01/1993 | 2 | BROTHER OF ESCOBAR AIDE KIDNAPPED, KILLED |
| 703245 | 09/13/1993 | 4 | OCHOA BROTHER WRITES CALI CARTEL LEADERS |
| 703246 | 09/07/1993 | 2 | PEPES REPORTEDLY KIDNAP, KILL BROTHER OF ESCOBAR AIDES |
| 703247 | 09/07/1993 | 5 | NEWSCLIP RE NARCOTICS INTERNATIONAL |
| 703248 | 09/01/1993 | 6 | NEWSCLIP RE INTERNATIONAL TERRORISM REPORT INCLUDING PABLO ESCOBAR'S INVOLVEMENT IN KIDNAPPING OF FORMER GOVERNMENT OFFICIAL |
| 703249 | 08/31/1993 | 2 | ALLEGED PEPES MEMBER CITES INTENTION TO TURN HIMSELF IN |
| 703250 | 08/31/1993 | 2 | POLICE INVESTIGATE RESURGENCE OF PEPES |
| 703251 | 08/23/1993 | 2 | PABLO ESCOBAR MESSENGER KIDNAPPED, MURDERED IN MEDELLIN |
| 703252 | 08/16/1993 | 2 | ANTIOQUIA PROSECUTOR'S OFFICE SEEKS ARREST OF PEPES LEADERS |
| 703255 | 08/09/1993 | 2 | AUTHORITIES SEEK TO CONNECT DEATHS TO MEDELLIN CARTEL |
| 703257 | 07/26/1993 | 2 | BUS DYNAMITED IN MEDELLIN, NO CASUALITIES REPORTED |
| 703258 | 07/13/1993 | 2 | DAS: CARTEL SEEKS TO REORGANIZE HIRED KILLERS |
| 703259 | 07/06/1993 | 2 | ESCOBAR BROTHER GIVES PROSECUTOR GENERAL PEPES NAMES LIST |
| 703260 | 07/06/1993 | 5 | AUTHORITIES CONTINUE TO PURSUE PABLO ESCOBAR |
| 703261 | 07/06/1993 | 8 | NEWSCLIP RE INTERNATIONAL NARCOTICS |
| 703262 | 06/14/1993 | 3 | POSSIBLE CASTANO LINKS TO AVIANCA BOMBING NOTED |
| 703263 | 06/08/1993 | 2 | PABLO ESCOBAR'S BROTHER-IN-LAW MURDERED |
| 703264 | 05/11/1993 | 2 | PABLO ESCOBAR REQUESTS GUARANTEES FOR SURRENDER |
| 703265 | 05/11/1993 | 2 | DRUG CARTELS REPORTEDLY HOLD SECRET MEETING |



| MORI ID # | Pub Date | Pages | Document Title |
|---|---|---|---|
| 703266 | 05/04/1993 | 2 | PROSECUTOR GENERAL CELEBRATES DISSOLUTION OF PEPES GROUP |
| 703267 | 04/23/1993 | 2 | PEPES RESUMES ACTION AGAINST ESCOBAR AFTER BOGOTA BOMB |
| 703268 | 04/23/1993 | 3 | HIGHLIGHTS AND MAJOR INCIDENTS IN THIS EDITION OF THE TERRORISM REPORT INCLUDE: |
| 703269 | 04/27/1993 | 2 | DEFENSE MINISTER PARDO ON CASTANO COMMUNIQUE |
| 703270 | 04/27/1993 | 2 | FORMER ESCOBAR ASSOCIATE CASTANO SENDS MESSAGE |
| 703272 | 04/27/1993 | 2 | PEPES BOMB ESCOBAR BUILDING IN MEDELLIN |
| 703273 | 04/20/1993 | 2 | GROUP BEGINS SEARCH FOR CALI CARTEL MEMBERS |
| 703274 | 04/20/1993 | 2 | ARMED ACTIONS AGAINST ESCOBAR RESUMED |
| 703275 | 04/09/1993 | 2 | PEPES ANNOUNCE RENEWAL OF TERRORIST ACTIVITIES |
| 703276 | 04/09/1993 | 9 | NEWSCLIP RE INTERNATIONAL TERRORISM |
| 703277 | 03/23/1993 | 6 | SPECULATION ON FIDEL CASTANO LINK TO PEPES |
| 703278 | 03/23/1993 | 5 | NEWSCLIP RE NARCOTICS IN LATIN AMERICA |
| 703279 | 03/19/1993 | 3 | REGIONAL GUERRILLA REPORT 3-10 MAR |
| 703280 | 03/16/1993 | 2 | PROSECUTOR REJECTS ESCOBAR SURRENDER CONDITIONS |
| 703281 | 03/16/1993 | 2 | POLICE DENY PERSECUTION OF ESCOBAR'S RELATIVES |
| 703282 | 03/16/1993 | 2 | PEPES SET ANOTHER HACIENDA ON FIRE |
| 703283 | 03/16/1993 | 7 | NEWSCLIP RE NARCOTICS LATIN AMERICA |
| 703284 | 03/12/1993 | 2 | POLICE, SECURITY DEPARTMENT DENY LINKS WITH PEPES |
| 703286 | 03/12/1993 | 2 | PEPES DECLARE 'RECESS' IN ACTIONS AGAINST ESCOBAR |
| 703288 | 03/12/1993 | 2 | PEPES GROUP KIDNAPS, MURDERS ALLEGED ESCOBAR LAWYER |
| 703293 | 03/12/1993 | 2 | SECURITY DIRECTOR ON EFFORT TO APPREHEND PEPES GROUP |
| 703294 | 03/12/1993 | 2 | ARMY, POLICE CHIEFS COMMENT ON PEPES GROUP |
| 703295 | 03/12/1993 | 2 | POLICE FIND BODIES OF 4 MEN KILLED BY PEPES |
| 703296 | 03/12/1993 | 9 | NEWSCLIP RE WORLD TRADE CENTER BOMBING |
| 703297 | 03/09/1993 | 2 | PEPES CALL RECESS IN ACTS AGAINST PABLO ESCOBAR |
| 703298 | 04/08/1993 | 2 | MEDELLIN CARTEL FINANCIAL GROUP MEMBER SURRENDERS |
| 703299 | 04/08/1993 | 2 | PEPES VOWS TO RESUME ATTACKS ON PABLO ESCOBAR |
| 703300 | 04/08/1993 | 2 | GOVERNMENT MINISTER ON SEARCH EFFORTS, GUERRILLAS |
| 703301 | 04/16/1993 | 5 | NEWCLIP RE CUBA - UN GENERAL ASSEMBLY APPROVS EMERGENCY AID |

| MORI ID # | Pub Date | Pages | Document Title |
|---|---|---|---|
| 703302 | 04/16/1993 | 2 | PEPES ANNOUNCES RESUMPTION OF ACTIONS AGAINST ESCOBAR |
| 703303 | 04/19/1993 | 6 | NEWSCLIP RE BAY OF PIGS CEREMONIES SCHEDULED FOR 16 APR |
| 703304 | 04/19/1993 | 2 | PEPES RESUMES ACTIONS AGAINST ESCOBAR SUPPORTERS |
| 703305 | 04/19/1993 | 2 | GOVERNMENT OFFERS REWARD FOR INFORMATION ON PEPES |
| 703306 | 04/19/1993 | 2 | GROUP BEGINS SEARCH FOR CALI CARTEL MEMBERS |
| 703307 | 04/19/1993 | 4 | JUSTICE MINISTER INTERVIEWED ON CAR BOMB INCIDENT |
| 703308 | 04/21/1993 | 7 | NEWSCLIP RE INTERNATIONAL AFFAIRS |
| 703309 | 04/21/1993 | 3 | FORMER ESCOBAR ASSOCIATE CASTANO ISSUES COMMUNIQUE |
| 703310 | 04/21/1993 | 2 | PEPES BOMBS ESCOBAR BUILDING IN MEDELLIN; NO CASUALTIES |
| 703311 | 04/22/1993 | 3 | NEWSPAPERS INTERVIEW COLOMBIAN FOREIGN MINISTER |
| 703312 | 04/26/1993 | 2 | 'PEPES' ANNOUNCE DISSOLUTION IN COMMUNIQUE |
| 703313 | 04/26/1993 | 2 | 'PEPES' ANNOUNCE DISSOLUTION IN COMMUNIQUE |
| 703314 | 04/26/1993 | 2 | 'PEPES' ANNOUNCE DISSOLUTION IN COMMUNIQUE |
| 703315 | 05/04/1993 | 6 | NEWSCLIP RE FOREIGN MINISTER ROBAINA REAFFIRMS DECISION TO DEFEND REVOLUTION |
| 703316 | 05/04/1993 | 2 | ESCOBAR SEEKS GUARANTEES, SAYS PEPES STILL OPERATING |
| 703317 | 05/04/1993 | 2 | DRUG-TRAFFICKING REPRESENTATIVES SAID TO REACH 'PEACE AGREEMENT' |
| 703318 | 05/12/1993 | 4 | PROSECUTOR GENERAL INTERVIEWED ON RODRIGUEZ CASE, OTHER ISSUES |
| 703319 | 06/03/1993 | 2 | PABLO ESCOBAR'S BROTHER-IN-LAW KIDNAPPED |
| 703320 | 05/17/1993 | 2 | NEW GROUP VOWS TO DEFEND ARMED FORCES' HONOR |
| 703321 | 06/28/1993 | 7 | NEWSCLIP RE AGREEMENT WITH RUSSIA SIGNED |
| 703322 | 06/28/1993 | 2 | ESCOBAR BROTHER GIVES PROSECUTOR GENERAL PEPES NAMES LIST |
| 703325 | 07/01/1993 | 6 | NEWSCLIP RE INTER-AMERICAN AFFAIRS 'TOUGH NEGOTIATIONS' EXPECT FOR MERCOSUR SUMMIT |
| 703326 | 07/01/1993 | 2 | PEPES SAYS PABLO ESCOBAR MISINFORMING GOVERNMENT |
| 703327 | 10/29/1993 | 2 | BROTHER OF ESCOBAR AIDE KIDNAPPED, KILLED |
| 703328 | 12/01/1993 | 4 | NEWSCLIP RE CENTRAL AMERICA REACTS 'POSITIVELY' TO CLINTON |
| 703329 | 12/01/1993 | 2 | PEPES THREATENS TO LAUNCH 'ALL-OUT WAR' AGAINST ESCOBAR |
| 703330 | 12/02/1993 | 4 | NEWSCLIP RE REACTIVATION OF U.S. PLAN OF AGRESSION CLAIMED |
| 703331 | 12/02/1993 | 2 | ESCOBAR ACCUSES CALI CARTEL HEAD OF INVOLVEMENT IN PEPES |



| MORI ID # | Pub Date | Pages | Document Title |
|---|---|---|---|
| 703332 | 12/03/1993 | 2 | RELATIVE OF DRUG LORD PABLO ESCOBAR SHOT DEAD |
| 703333 | 12/03/1993 | 7 | REACTION TO DEATH OF PABLO ESCOBAR |
| 703334 | 12/03/1993 | 2 | FINAL OPERATION INITIATED BY PHONE CALL |
| 703335 | 12/06/1993 | 3 | ENDARA, COLOMBIA SEEK INVESTIGATION INTO ESCOBAR FUNDS |
| 703336 | 01/03/1994 | 6 | NEWSCLIP RE VICE PRESIDENT ON RELATIONS WITH UNITED STATES |
| 703337 | 01/03/1994 | 2 | ROBERTO ESCOBAR ASKS LOS PEPES FOR PEACE FOLLOWING ATTACK |
| 703338 | 02/07/1994 | 2 | MEDELLIN CARTEL MEMBERS OFFER DEAL TO PEPES ORGANIZATION |
| 703339 | 03/16/1994 | 4 | TRAFFICKERS SAID TO DISCUSS PEACE PACT |
| 703355 | 03/18/1994 | 4 | CARTEL LAWYERS DENY CLIENT'S TIES TO PEPES |
| 703356 | 03/29/1994 | 6 | NEWSCLIP RE LATIN AMERICA DAILY REPORT |
| 703357 | 03/29/1994 | 2 | PEPES LEADER DENIES 'THREATS' TO ESCOBAR'S WIDOW |
| 703358 | 03/30/1994 | 6 | DE GREIFF CRITICIZED OVER SURRENDER TALKS |
| 703359 | 06/21/1994 | 9 | FIDEL CASTANO DESCRIBES CRIMINAL INVOLVEMENT |
| 703360 | 08/01/1994 | 2 | ARMED GROUP EMERGES IN MEDELLIN, VOWS TO FIGHT GUERRILLAS |
| 703361 | 08/05/1994 | 3 | NEW PARAMILITARY GROUP EMERGES IN ANTIOQUIA |
| 703362 | 12/04/1995 | 2 | AUTHORITIES SUSPECT REORGANIZATION OF MEDELLIN CARTEL |
| 703363 | 07/19/1996 | 9 | COLOMBIA: BROTHER OF PARAMILITARY LEADER INTERVIEWED |
| 703364 | 09/04/1996 | 3 | COLOMBIA: HELMER HERRERA INTERVIEWED AFTER SURRENDER TO AUTHORITIES |
| 703365 | 03/09/1993 | 2 | ARMY, POLICE CHIEFS COMMENT ON PEPES GROUP |
| 703366 | 03/09/1993 | 2 | PEPES GROUP KILLS PABLO ESCOBAR ASSOCIATE |
| 703367 | 03/09/1993 | 4 | PEPES ATTACKS SAID PRESSURING ESCOBAR, FAMILY |
| 703368 | 03/09/1993 | 7 | NEWSCLIP RE NARCOTICS INTERNATIONAL |
| 703369 | 03/05/1993 | 2 | 'BLOOD BATH' REPORTED IN COUNTRY; LEAVES 16 DEAD |
| 703371 | 03/05/1993 | 2 | PEPES DESTROY RANCH IN ANTIOQUIA |
| 703372 | 03/01/1993 | 2 | PEPES DESTROYS ESCOBAR FAMILY PROPERTIES |
| 703373 | 03/01/1993 | 6 | NEWSCLIP RE TERRORISM EAST ASIA |
| 703374 | 03/02/1993 | 8 | FREE COLOMBIA MEMBERS DESCRIBE GROUP'S MISSION |
| 703375 | 02/23/1993 | 2 | MEDELLIN CARTEL CLAIMS RESPONSIBILITY FOR BOMBS |
| 703376 | 02/23/1993 | 2 | NEW GROUP PROVIDING MONEY, INTELLIGENCE AGAINST ESCOBAR |