UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 06-0960 (HHK) |
| ) | |
| U.S. CENTRAL INTELLIGENCE ) | |
| AGENCY ) | |
| ) | |
| Defendant. ) | |

DEFENDANT'S RESPONSE TO MOTION TO ADOPT BRIEFING SCHEDULE

The Defendant, the U.S. Central Intelligence Agency, ("Defendant"), by and through its undersigned counsel, consents to the dates set forth in Plaintiff's motion for a subsequent scheduling order filed June 13, 2007. In addition, in response to Plaintiff's filing a supplement to the complaint after Defendant filed its summary judgment motion, Defendant will file a renewed summary judgment motion. Therefore, Defendant adds the following to Plaintiff's proposed scheduling order:

June 13, 2007 -   Plaintiff files a Cross Motion and Opposition

August 6, 2007 -   Defendant files Renewed Summary Judgment Motion and Opposition to Cross Motion

September 14, 2007   Plaintiff files its Reply in Support of Cross and Opposition to Defendant's Renewed Summary Judgment Motion

October 1, 207   Defendant files its Reply in Support of Renewed Summary Judgment Motion.

Dated: June 14, 2007                     Respectfully submitted,


/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153