**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-0960 (HHK) |
| vs. ) | |
| ) | |
| UNITED STATES CENTRAL ) | |
| INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |
| _____) | |

PLAINTIFF'S REPLY REGARDING MOTION FOR SUBSEQUENT BRIEFING SCHEDULE

Plaintiff, Institute for Policy Studies ("IPS"), by and through its undersigned counsel, objects to Defendant filing a "Renewed Summary Judgment Motion" that reargues the same issues already addressed in Defendant's Motion for Summary Judgment filed April 13, 2007.

Many of the issues in the Plaintiff's Supplemental Complaint have already addressed been addressed by Defendant's April 13, 2007 Motion for Summary Judgment including 1) which CIA directorates were tasked with search, 2) no search for term "Pablo Escobar", 3) referral to other federal agencies, 4) whether FOIA exceptions were properly applied, and 5) whether all reasonably segreable material was released.

A "Renewed Motion for Summary Judgment" will have two (2) Defendant motions for summary judgment pending before the Court.

To avoid confusion and further judicial economy, the preferable procedure would be for Defendant to file its Partial Summary Judgment Motion regarding any new issues raised by the First Supplemental Complaint on August 6, 2007 when Defendant files its Reply in Support of

1

Defendant's Summary Judgment Motion and Opposition to Plaintiff's Summary Judgment Motion.

DATED: June 18, 2007                    RESPECTFULLY SUBMITTED,

| /S Brian Gaffney | /S/ Andrea Ferster |
|---|---|
| Brian Gaffney (pro hac vice) | Andrea C. Ferster (#384648) |
| Matt McFarland (pro hac vice) | Attorney at Law |
| LAW OFFICES OF BRIAN GAFFNEY | 1100 17th Street, N.W. 10th Floor |
| 605 Market St., Suite 505 | Washington, D.C. 20036 |
| San Francisco, CA 94105 | Telephone: (202) 974-5142 |
| Telephone: (415) 442-0711 | Facsimile: (202) 331-9680 |
| Facsimile: (415) 442-0713 | |