UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INSTITUTE FOR POLICY STUDIES,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**UNITED STATES CENTRAL INTELLIGENCE AGENCY,**<br><br>　　　　　　　Defendant. | Civil Action 06-00960  (HHK) |

## SCHEDULING ORDER

It is hereby ordered that the parties shall proceed in accordance with the following deadlines:

| | |
|---|---|
| July 13, 2007 | Plaintiff files a cross motion and opposition |
| August 6, 2007 | Defendant files renewed summary judgment motion and opposition to cross motion |
| September 14, 2007 | Plaintiff files its reply in support of cross motion and opposition to defendant's renewed summary judgment motion |
| October 1, 2007 | Defendant files its reply in support of renewed summary judgment motion |

**SO ORDERED** this 25th day of June, 2007.

　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge