UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INSTITUTE FOR POLICY STUDIES,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES CENTRAL INTELLIGENCE AGENCY,**<br><br>**Defendant.** | Civil Action 06-00960 (HHK) |

**ORDER**

Defendant has filed a motion to enlarge the time to file an opposition to plaintiff's summary judgment motion and a supplement to its dispositive motion in response to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). This motion fails to comply with LCvR 7(m), which requires counsel to confer with her opponent regarding any nondispositive motion she files and notify the court that she has done so. An experienced attorney for the United States who frequently appears in this court, should be intimately familiar with this requirement, which is imposed upon litigants so as to conserve judicial resources. Because the motion fails to comply with the Local Rule, it is this 8th day of August, 2007, hereby

**ORDERED** that the motion [#37] is **DENIED** without prejudice.

Henry H. Kennedy, Jr.
United States District Judge