UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. CENTRAL INTELLIGENCE )<br>AGENCY )<br>)<br>Defendant. )<br>) | Case No: 06-0960 (HHK) |

RENEWED MOTION TO EXTEND

The Defendant, the U.S. Central Intelligence Agency ("Defendant"), by and through its undersigned counsel, respectfully renews its motion to extend filed on August 3, 2007. The undersigned has conferred with Plaintiff's counsel who does not oppose Defendant's request for an enlargement of time to file an opposition to Plaintiff's summary judgment motion and a supplement to its dispositive motion in response to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Defendant's filing was due August 6, 2007. The Defendant requests roughly a two week extension up to and including August 21, 2007, so that it can finalize its opposition and supplement to the dispositive motion. Agency counsel had just departed from the agency before the filing could be completed and a new agency counsel has been assigned to the case. In order to adequately prepare the Defendant's filing, agency counsel will need time to become familiar with the case and to consult with the undersigned. In addition, the undersigned will be out of the office the week of August 13-17, 2007.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that it be allowed to file an opposition and supplement to its dispositive motion by August 21, 2007.

Dated: August 9, 2007    Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

  /s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153