UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. CENTRAL INTELLIGENCE )<br>AGENCY )<br>)<br>Defendant. )<br>) | Case No: 06-0960 (HHK) |

ORDER

Upon consideration of Defendant's Renewed Motion to Extend the time to file an opposition and supplement to its dispositive motion, it is hereby ordered that the motion is granted. The Defendant's time to file an opposition and supplement to its dispositive motion, is extended to and including August 21, 2007.

_____
United States District Court Judge