**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>) | Case No. 06-0960 (HHK) |

**PLAINTIFF'S MOTION TO EXTEND REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGEMENT**

Plaintiff Institute for Policy Studies ("IPS"), by and through its undersigned counsel, respectfully moves this Court to extend the time for IPS to file its Reply to Defendant's Opposition to Plaintiff's motion for summary judgment and its Opposition to Defendant's supplemental summary judgment motion.

Pursuant to the Court's June 25, 2007 Order, Plaintiff's filing is otherwise due September 14, 2007.  Plaintiff requests a two week extension up to and including September 28, 2007.

Defendant has consented to this extension after being contacted by phone and electronic mail on August 31, 2007.

There is good cause for Plaintiff's request for an extension. Pursuant to the Court's June 25, 2007 Order, Defendant's brief was due August 6.  The Court granted Defendant a two-week extension to file its Opposition to Plaintiff's motion for summary judgment and its supplemental summary judgment motion.  Defendant filed its Opposition and supplemental summary judgment

motion on August 21, 2007.

Therefore, Plaintiff respectfully requests that it be allowed to file its Reply and Opposition by September 28, 2007.

DATED: August 31, 2007                             RESPECTFULLY SUBMITTED,


/S Brian Gaffney                                   /S/ Andrea Ferster

Brian Gaffney (pro hac vice)                       Andrea C. Ferster (#384648)
Matt McFarland (pro hac vice)                      Attorney at Law
LAW OFFICES OF BRIAN GAFFNEY                       1100 17th Street, N.W. 10th Floor
605 Market St., Suite 505                          Washington, D.C. 20036
San Francisco, CA 94105                            Telephone: (202) 974-5142
Telephone: (415) 442-0711                          Facsimile: (202) 331-9680
Facsimile: (415) 442-0713