# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 06-0960 (HHK) |
| vs. ) | |
| ) | |
| UNITED STATES CENTRAL ) | |
| INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Extend the time to file its Reply to Defendant's Opposition to Plaintiff's motion for summary judgment and its Opposition to Defendant's supplemental summary judgment motion, it is hereby ORDERED that the motion is granted. The Plaintiff's time to file its Reply and Opposition is extended to and includes September 28, 2007.

**IT IS SO ORDERED.**

DATED: this ____ day of _____, 2007,

_____
United States District Court Judge