UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0960 HHK |
| ) | |
| U.S. CENTRAL INTELLIGENCE ) | |
| AGENCY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF WILLIAM C. LITTLE, JR.

I, William C. Little, Jr., hereby make the following Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. This declaration supplements my April 13, 2007, declaration in support of a request for additional time to allow for the declassification review being conducted within DEA to occur.

2. By letter dated December 5, 2006, the CIA forwarded one document, classified as secret and consisting of nine (9) pages, to DEA for processing and direct response to the plaintiff. Since the document was classified, it required classification review.

3. After review by the Operations Division, the document was sent to Bogota, Columbia. The preliminary review by the DEA Bogota Columbia Country Office was completed in January 2007, and the document was returned to DEA headquarters.

4. The document reflects the use of a classified system and the information acquired through the use of the system was also classified at the time the document was created in 1993. Making the classification determination, based on the document alone, is complex, since the actual source of the information must be identified in order to make the proper classification determination.

5. Although the El Paso Intelligence Center (EPIC) was originally thought to be the best DEA office to conduct the complete review, the document was not forwarded. During the course of the DEA Headquarters review, it was decided that further review in DEA headquarters was required. The delay was the result of the recognition that, as a result of the passage of time, changes to DEA practices and procedures had occurred and that, to conduct a proper review, further reviews within DEA Headquarters before the document is forwarded to EPIC was necessary.

6. It is anticipated that the current Headquarters review will be completed within the next 30 days, at which time, the document will be forwarded to EPIC for final review.

7. Additional time is also required to allow for the final classification review to be completed by EPIC. It is estimated that, at a minimum, an additional 90 days is required. No definite time to completion can be provided, since officials at EPIC have yet to have the opportunity to review to review and assess the document.

8. Once the final classification review is completed by EPIC, FOIA determinations must be made, and a declaration and *Vaughn* index prepared for submission to the court. The FOIA process will consume approximately 45 days.

9. Given the above, DEA will either provide a status report or submit the declaration and *Vaughn* index for submission to the Court by November 30, 2007.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Aug 28, 2007
DATE

William C. Little, Jr.
Senior Attorney
Office of Chief Counsel
Administrative Law Section
Drug Enforcement Administration
Washington, D.C. 20537