**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES<br>1112 16th St NW, Suite 600<br>Washington, DC 20036<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>UNITED STATES CENTRAL<br>INTELLIGENCE AGENCY<br>Washington, D.C. 20505<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 06-CV-00960<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**
**GRANTING PLAINTIFF'S MOTION TO STAY SUMMARY JUDGMENT BRIEFING**
**AND PERMIT LIMITED DISCOVERY**

The Court has read and considered the memoranda of points and authorities and other documents in support of and in opposition to Plaintiff Institute for Policy Studies' (IPS') Motion to Stay Summary Judgment Briefing to Permit Limited Discovery pursuant to Fed.R.Civ.P. 56(f). Plaintiff's Motion requests 60 days for Plaintiff to undertake limited discovery consisting of narrowly-tailored requests for admissions, requests for production of documents, and a deposition of Defendant's Declarant, Ralph S. DiMaio, solely as to the issues of: (1) inconsistencies between the Declaration of Ralph S. DiMaio and the Declaration of Marilyn Dorn regarding the adequacy of the search conducted by the CIA in response to Plaintiff's June 1, 2004 FOIA request, and (2) the foundation and basis for Mr. DiMaio's assertions.

The Court, after duly considering all of filings of the parties on this matter, finds as follows:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to stay Summary Judgment briefing and to allow Plaintiff to conduct limited discovery as set forth above is **GRANTED.**

DATED:　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　HON. HENRY H. KENNEDY
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE