## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>1112 16th St NW, Suite 600 )<br>Washington, DC 20036 )<br>  )<br>  Plaintiff, )<br>  )<br>  vs. )<br>  )<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>Washington, D.C. 20505 )<br>  )<br>  Defendant. )<br>_____ ) | Case No. 06-CV-00960 |

### [PROPOSED] ORDER
### GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME

On September 13, 2007, Plaintiff Institute for Policy Studies moved this Court for an Order to shorten time for the review of Plaintiff's Motion to Stay Summary Judgment Briefing to Permit Limited Discovery by September 28, 2007. The Court, after duly considering by the filings of the parties on this matter, finds as follows:

IT IS HEREBY ORDERED that Plaintiff's Motion to Shorten Time is GRANTED. Defendant Central Agency shall file any opposition to Plantiff's Motion to Stay Summary Judgment Briefing Pending Limited Discovery by September 18, 2007, and Plaintiff shall file any reply brief by September 21, 2007. The deadlines for the parties' summary judgment reply briefs will be reset after the Court rules on Plaintiff's Motion to Stay Summary Judgment Briefing Pending Limited Discovery.

**IT IS SO ORDERED**.

DATED: _____

HON. HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE