UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CENTRAL<br>INTELLIGENCE AGENCY,<br><br>Defendant. | Civil Action 06-00960  (HHK) (JMF) |

ORDER OF REFERRAL TO
UNITED STATES MAGISTRATE JUDGE

It is this 25th day of September 2007, hereby

**ORDERED** that plaintiff's motion to stay summary judgment briefing and to permit limited discovery [# 44], insofar as it seeks permission to conduct discovery, is referred to United States Magistrate Judge John M. Facciola for his determination pursuant to LCvR 72.2(a).

Henceforth, and until this referral is terminated, all filings in this case related to the referral shall include the initials of Magistrate Judge John M. Facciola (JMF) in the caption next to the initials of the undersigned judge.  *See* LCvR 5.1(f).

Henry H. Kennedy, Jr.<br>
United States District Judge