UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INSTITUTE FOR POLICY STUDIES,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES CENTRAL INTELLIGENCE AGENCY,**<br><br>**Defendant.** | Civil Action No. 06-960 (HHK/JMF) |

### NOTICE TO COUNSEL

All matters, including scheduling, in the above captioned case should be addressed to the law clerk assigned to this action:

**Jared S. Hosid, Esq.**     202/354-3135

Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola for **motion to stay motion for summary judgment.**

In accordance with Local Rule 5.1(f), kindly insert my initials, as well as the trial judge's initials on all filings with the Clerk's Office.

Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone.

October 1, 2007                               ___/S/_____
cc:     Counsel_____             JOHN M. FACCIOLA
          Judge                                        UNITED STATES MAGISTRATE JUDGE
          Files
          Chambers    __