UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>v. )<br>)<br>U.S. CENTRAL INTELLIGENCE )<br>AGENCY )<br>)<br>Defendant. )<br>_____ ) | Case No: 06-0960 (HHK) (JMF) |

UNOPPOSED MOTION TO EXTEND NUNC PRO TUNC

The Defendant, the U.S. Central Intelligence Agency ("Defendant"), by and through its undersigned counsel, respectfully moves this Court to enlarge the time to file an opposition to Plaintiff's motion for discovery filed in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Defendant's filing was due September 28, 2007. The undersigned, however, incorrectly believed the opposition was due October 1, 2007 and filed the opposition on October 1, 2007. Plaintiff filed its motion after the end of the business day on Thursday, September 13, 2007 at 6:38 PM. The undersigned inadvertently calendared the due date two days late, as October 1, 2007.[1] Due to the mis-calendaring of the due date, the Defendant filed its opposition on the wrong day. The Defendant requests that the Court grant this request for a motion to extend the due date nunc pro tunc to October 1, 2007. Plaintiff's counsel has indicated that Plaintiff will not opposed Defendant's request for relief.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that it be allowed to file an opposition to Plaintiff's motion for discovery by October 1, 2007.

---

[1] The undersigned suspects that she may have opened the ECF notification on Monday the 17th of September and miscalculated the due date from the 17th.

Dated: October 9, 2007          Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153