UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INSTITUTE FOR POLICY STUDIES | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-0960 (HHK) (JMF) |
| | ) | |
| U.S. CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of Defendant's Unopposed Motion to Extend, it is hereby ordered that the motion is granted. The Defendant's time to file an opposition to Plaintiff's motion for discovery is extended to and including October 1, 2007.

_____
United States District Court Judge