UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CENTRAL, )<br>INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0960 (HHK / JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Defendant's Unopposed Motion to Extend Nunc Pro Tunc [#48] is **DENIED**; and it is further

**ORDERED** that Plaintiff's Notice of Motion and Motion to Stay Summary Judgment Briefing and to Permit Limited Discovery and Supporting Memorandum of Points and Authorities, and Motion to Shorten Time and Supporting Memorandum [#44] is **GRANTED** insofar as it seeks permission to conduct discovery.

**SO ORDERED.**

Date:   December 18, 2007

/s/
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE