**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>    Defendant. )<br>_____) | Case No. 06-CV-00960 (HHK) (JMF) |

**DECLARATION OF BRIAN GAFFNEY IN OPPOSITION TO DEFENDANT'S OBJECTIONS TO DECEMBER 18, 2007 MEMORANDUM AND ORDER**

I, Brian Gaffney, hereby declare and if called as a witness would testify as follows:

1. The information stated herein is personally known to me. If necessary, I could and would competently testify thereto.

2. I am an attorney of record for Plaintiff Institute for Policy Studies in the above-entitled matter.

3. On October 9, 2007 I received and reviewed the Court's minute order striking Defendant's Opposition to Discovery. Thereafter I read the cited decision in Smith v. District of Columbia, 430 F.3d 450, 457 (D.C. Cir. 2005).

4. Later that day of October 9, 2007, opposing counsel Ms. Andrea McBarnette telephoned me and stated that she was going to file a Motion Nunc Pro Tunc in response to the Court's October 9, 2007 minute order striking Defendant's Opposition to Discovery. Ms. McBarnette inquired if I would oppose such motion. I do not recall Ms. McBarnette providing me with any grounds related to excusable neglect. I replied that I would not oppose a Motion Nunc Pro

Tunc.

5. My reason for not opposing a Motion Nunc Pro Tunc was that I did not believe such a motion complied with this Court's October 9th minute order or the authority cited therein. However, I did not believe I had a duty to persuade opposing counsel on the procedure she should pursue.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 11th day of January, 2008, in San Francisco, California.

DATED: January 11, 2008                     Respectfully submitted,

                                            _____/S/_____

                                            Brian Gaffney
                                            Attorney for Plaintiff