UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INSTITUTE FOR POLICY STUDIES,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES CENTRAL INTELLIGENCE AGENCY,**<br><br>Defendant. | Civil Action 06-00960 (HHK) |

**ORDER**

Presently before this court is defendant's motion for reconsideration of Magistrate Judge Facciola's order denying defendant's *nunc pro tunc* motion and granting plaintiff's motion for discovery [#52]. Because defendants have not shown that Magistrate Judge Facciola's order was clearly erroneous or contrary to law, it is this 17th day of January, 2008 hereby

**ORDERED** that defendant's Motion for Reconsideration [#52] is **DENIED.**

Henry H. Kennedy, Jr.
United States District Judge