UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INSTITUTE FOR POLICY STUDIES | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 06-0960 (HHK) |
| | ) | |
| U.S. CENTRAL INTELLIGENCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |

## DEA STATUS REPORT

The Defendant, the U.S. Central Intelligence Agency, ("defendant"), by and through its undersigned counsel, respectfully files this status report regarding the status of a document that the Defendant referred to the Drug Enforcement Agency ("DEA") in this Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") case. A responsive document to Plaintiff's FOIA request located in the CIA's files was originated by the DEA. The CIA referred the document to the DEA for direct response pursuant to the Executive Order 12958 § 3.7(b).

The document is classified as secret and it reflects the use of a classified system. Status Report of August 31, 2007, Exhibit A, Second Little Decl. ¶¶ 3-4. Making the classification determination is complex since the actual source of the information must be identified in order to make the proper classification determination. Second Little Decl. ¶ 4. The document had been sent to Bogota, Columbia for review and then returned to DEA Headquarters where it is presently undergoing review. During the course of the review by DEA Headquarters, it was decided that further review at DEA Headquarters was required because changes to DEA practices and procedures had occurred. Second Little Decl. ¶ 5. The El Paso Intelligence Center ("EPIC") also has to review the document. Second Little Decl. ¶¶ 3-5. Once EPIC has reviewed

the document, FOIA determinations can be made and a declaration and Vaughn Index prepared. Second Little Decl. ¶¶ 7-8. No definite date for the completion of the review can be provided at the present time. Therefore, the DEA intends to either file a declaration and Vaughn Index by March 20, 2008 or provide a status report.

Dated: January 18, 2008               Respectfully submitted,

                                             /s/
                                             JEFFREY A. TAYLOR, D.C. BAR # 498610
                                             United States Attorney

                                             /s/
                                             RUDOLPH CONTRERAS, D.C. BAR # 434122
                                             Assistant United States Attorney.

                                             /s/
                                             ANDREA McBARNETTE, D.C. Bar  # 483789
                                             Assistant United States Attorney Center Building
                                             555 Fourth Street, N.W.
                                             Washington, D.C. 20530
                                             (202) 514-7153