UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | Civil Action No. 06-0960 HHK/JMF |
| ) | |
| CENTRAL INTELLIGENCE AGENCY,       ) | |
| ) | |
| Defendant.       ) | |
| _____) | |

ENTRY AND WITHDRAWAL OF APPEARANCES

Please enter the appearance of Fred E. Haynes, Assistant United States Attorney, as the attorney for defendant Central Intelligence Agency, and withdraw the appearance of Assistant United States Attorney Andrea McBarnette as the attorney for defendant Central Intelligence Agency.

Respectfully submitted,
/s/
FRED E. HAYNES, D.C. BAR #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201