UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0960 HHK/JMF |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

### FIRST MOTION FOR EXTENSION OF TIME TO RESPOND
### TO PLAINTIFF'S FIRST SET OF INTERROGATORIES
### AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant has today (March 10, 2008) responded to plaintiff's first set of requests for admissions. Defendant, however, needs an additional thirty days to complete the gathering of the documents and information necessary to respond to plaintiff's first set of interrogatories and first request for production of documents. Undersigned counsel (Fred E. Haynes) now responsible for this case for defendant attempted to contact plaintiff's counsel late last week and today to determine their position on an extension of time for the responses to the interrogatories and the requests for production of documents but was unable to reach them; hence, the need for this motion. This motion is being filed pursuant to Fed. R. Civ. P. 6(b)(1).

Attached is a draft order reflecting the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civil Action No. 06-0960 HHK/JMF |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the motion by the defendant for an extension of time to respond to plaintiff's first request for the production of documents and first set of interrogatories, and the entire record in this case, it is this _____ day of _____, 2008,

ORDERED that the motion is granted; and it is further

ORDERED that the defendant shall have to and including April 9, 2008, to respond to plaintiff's first request for the production of documents and first set of interrogatories.

UNITED STATES MAGISTRATE JUDGE