UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>) | Case No. 06-0960 (HHK) (JMF) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO THE
FIRST SET OF INTERROGATORIES AND DOCUMENT PRODUCTION REQUEST**

**SUMMARY OF ARGUMENT**

Plaintiff, Institute for Policy Studies, served its twelve (12) interrogatories and five (5) requests for document production on February 7, 2008. Defendant's responses were due March 11th.

On March 10, 2008, Defendant filed the instant motion without providing any good cause to extend the time to respond by thirty (30) days. Therefore, Defendant's Motion to Extend Time to Respond an additional 30 days should be denied.

**BACKGROUND**

On December 18, 2007, this Court issued a Memorandum Opinion and an Order permitting Plaintiff to conduct discovery. On January 17, 2008, this Court issued its Order denying Defendant's motion for reconsideration.

On February 7, 2008, Plaintiff electronically served its twelve (12) interrogatories and five (5) request for production of documents - with responses due 33 days later on March 11, 2008.[1] Declaration of Brian Gaffney in Support of Plaintiff's Opposition to Defendant's First Motion of Time to Respond to The First Set of Interrogatories And Document Production Request (Gaffney Decl.), ¶3. On February 24, 2008 Defendant filed its Notice of Withdrawal of Andrea McBarnette and Notice of Entry of Appearance of Fred Haynes. On February 27, 2008, Plaintiff - on its own initiative - emailed courtesy copies of the first set of interrogatories and request for production of documents to U.S. Attorney Fred Haynes and Ellsworth Paxton of the same office. Gaffney Decl., ¶6.

---

[1] On February 12, 2008 Plaintiff's counsel left a voicemail message for U.S. Attorney McBarnette about acceptable dates for the deposition of Ralph S. DiMaio. Defendant did not respond. On February 14, 2008 Plaintiff served its Notice of Deposition of Ralph S. DiMaio to be held on March 19, 2008 in Washington D.C. On February 27, 2008, Plaintiff electronically provided a courtesy copy of the Notice of Deposition of Ralph S. DiMaio to U.S. Attorney Fred Haynes and to Ellsworth Paxton of the same office.

On Monday, March 10, 2008, Plaintiff's counsel returned to the office to find voicemail messages from U.S. Attorney Fred Haynes stating that Defendant would seek an additional 30 days to respond to the first set of interrogatories and request for production of documents. Gaffney Decl., ¶7. On March 10, 2008, Defendant filed the instant First Motion to Extend Time to Respond to the First Set of Interrogatories and Document Production Request.

## ARGUMENT

Defendant applies for the extension of time pursuant to Federal Rules Civil Procedure (FRCP), Rule 6(b), which requires a showing of good cause.

Defendant has not provided any supporting declaration to its motion. Gaffney Decl., ¶8. Defendant provides no reason for any delay in its response to the modest 12 interrogatories and 5 requests for document production, and certainly provides no reason for a 30-day delay. Defendant does not claim that the propounded discovery is overburdensome or otherwise improper. Ibid.

This Freedom of Information Act (FOIA) case was filed May 23, 2006. On September 13, 2007, Plaintiff filed its Motion to Stay Summary Judgment Briefing and to Permit Limited Discovery to uncover the foundation and basis for declarants' statements based on inconsistencies between two declarations regarding Defendant's search for responsive FOIA records. Plaintiff served its interrogatories and request for production of documents on February 7, 2008. Gaffney Decl., ¶3. Defendant's responses were due March 11, 2008. Gaffney Decl., ¶4. Its time for Defendant to respond to the propounded discovery.

## CONCLUSION

Equity is served by requiring Defendant to timely respond to the limited discovery propounded. Defendant's Motion to Extend Time to Respond an additional 30 days should be denied.

March 12, 2008                                    RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /S Brian Gaffney | /S/ Andrea Ferster |
| Brian Gaffney (pro hac vice) | Andrea C. Ferster (#384648) |
| Matt McFarland (pro hac vice) | Attorney at Law |
| LAW OFFICES OF BRIAN GAFFNEY | 1100 17th Street, N.W. 10th Floor |
| 605 Market St., Suite 505 | Washington, D.C. 20036 |
| San Francisco, CA 94105 | Telephone: (202) 974-5142 |
| Telephone: (415) 442-0711 | Facsimile: (202) 331-9680 |