UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>) | Case No. 06-0960 (HHK) (JMF) |

**DECLARATION OF BRIAN GAFFNEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S FIRST MOTION OF TIME TO RESPOND TO THE FIRST SET OF INTERROGATORIES AND DOCUMENT PRODUCTION REQUEST**

I, Brian Gaffney, hereby declare and if called as a witness would testify as follows:

1. The information stated herein is personally known to me. If necessary, I could and would competently testify thereto.

2. I am an attorney of record for Plaintiff Institute for Policy Studies in the above-entitled matter.

3. On February 7, 2008, Plaintiff electronically served its twelve (12) interrogatories and five (5) request for production of documents on Defendant by emailing to Defendant's counsel.

4. Defendant's responses to Plaintiff's first set of interrogatories and request for production of documents was due on March 11, 2008.

5. On February 12, 2008, I left a voicemail message for U.S. Attorney McBarnette about acceptable dates for the deposition of Ralph S. DiMaio. Defendant did not respond. On February 14, 2008 Plaintiff served its Notice of Deposition of Ralph S. DiMaio to be held on March

19, 2008 in Washington D.C.

6. On February 27, 2008, without being requested to do so, I emailed courtesy copies of the first set of interrogatories, request for production of documents, and Notice of Deposition of Ralph S. DiMaio to U.S. Attorney Fred Haynes and Ellsworth Paxton of the same office.

7. I was out of town at a law conference March 6 through March 9, 2008. On Monday, March 10, 2008, I returned to my office to find voicemail messages from U.S. Attorney Fred Haynes stating that Defendant would seek an additional 30 days to respond to the first set of interrogatories and request for production of documents. Because of the press of business I was unable to respond to Mr. Haynes until March 12th at which time I left a phone message for him that Plaintiff opposed the requested extension.

8. In support of its motion, Defendant has not filed a supporting declaration evidencing good cause for a thirty day delay. Defendant does not claim that the propounded discovery is overburdensome or otherwise improper.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Executed this 12th day of March, 2008, in San Francisco, California.

DATED: March 12, 2008                          Respectfully submitted,

                                                              /S/

                                                              Brian Gaffney
                                                              Attorney for Plaintiff