UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INSTITUTE FOR POLICY STUDIES,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES CENTRAL INTELLIGENCE AGENCY,**<br><br>Defendant. | Civil Action 06-00960  (HHK) (JMF) |

ORDER REFERRING MOTION TO
UNITED STATES MAGISTRATE JUDGE JOHN M. FACCIOLA

It is this 17th day of March 2008, hereby

**ORDERED** that defendant's motion for extension of time [#58] and any other discovery disputes that may arise in this case are referred pursuant to LCvR 72.2(a) to United States Magistrate Judge John M. Facciola for his determination.  Henceforth, and until this referral is terminated, ALL filings related to motions referred to Magistrate Judge Facciola shall include the initials of the assigned Magistrate Judge, "JMF," in the caption next to the initials of the undersigned judge**.**  *See* LCvR 5.1(f).

Henry H. Kennedy, Jr.
United States District Judge
