UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INSTITUTE FOR POLICY STUDIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0960 HHK/JMF |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant has responded to plaintiff's first set of requests for admissions; however, defendant has sought an extension of time to April 11, 2008, to respond to plaintiff's first set of requests for documents and interrogatories. Defendant is by this motion seeking an extension of time to that date to respond to plaintiff's second request for documents, the response to which is due today (March 17, 2008). Undersigned counsel (Fred E. Haynes) now primarily responsible for this case for defendant has been advised by agency counsel that the additional time is needed to respond. Plaintiff's counsel has advised undersigned counsel that he opposes this motion.

It should be noted that the Assistant United States Attorney previously primarily responsible for this case, Ms. McBarnette, has recently transferred from the Civil Division to the Criminal Division of this office, and undersigned counsel entered his appearance in this case on February 24,2008. Since February 25, 2008, undersigned counsel has been out of the office for most of the time due to the critical injury sustained by a family member in an accident that night. Consequently, undersigned counsel also needs the additional time so that he can work directly with the agency in completing its responses to the discovery in this case.

Attached is a draft order reflecting the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney
        /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>Defendant. ) | Civil Action No. 06-0960 HHK/JMF |

## ORDER

Upon consideration of the motion by the defendant for an extension of time to respond to plaintiff's second request for the production of documents, and the entire record in this case, it is this _____ day of _____, 2008,

ORDERED that the motion is granted; and it is further

ORDERED that the defendant shall have to and including April 9, 2008, to respond to plaintiff's second request for the production of documents.

UNITED STATES MAGISTRATE JUDGE