UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES CENTRAL ) <br> INTELLIGENCE AGENCY ) <br> ) <br> Defendant. ) <br> ) | Case No. 06-0960 (HHK) (JMF) |

**PLAINTIFF'S OPPOSITION TO
DEFENDANT'S "MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS"**

**SUMMARY OF ARGUMENT**

Plaintiff, Institute for Policy Studies, served its First Set Request for Production of Documents on February 7, 2008. Defendant's responses were due March 11th. Defendant moved to extend the time to produce these documents and on March 12th Plaintiff opposed that motion.

On February 14, 2008 Plaintiff served a Notice of Deposition of Ralph S. DiMaio to be held on March 19, 2008, which Notice included a request for production of documents at the taking of the deposition pursuant to F.R.C.P. Rule 30(b)(5). On March 13, 2008, Defendant informed Plaintiff that the deponent would be unavailable that date, and Plaintiff consented to defer the deposition.

On March 17, 2008, Defendant filed the instant "Motion for Extension of Time to Respond to Plaintiff's Second Request for Production of Documents" (hereinafter "Defendant's Motion"). Defendant's Motion does not provide any good cause to extend the time for production of documents at the taking of the deposition. Defendant's Motion simply states, without explanation,

that "additional time is needed to respond." Therefore, Defendant's Motion should be denied.

## BACKGROUND

This Freedom of Information Act (FOIA) case was filed May 23, 2006. On September 13, 2007, Plaintiff filed its Motion to Stay Summary Judgment Briefing and to Permit Limited Discovery to uncover the foundation and basis for declarants' statements based on inconsistencies between two declarations regarding Defendant's search for responsive FOIA records. Plaintiff served its interrogatories and request for production of documents on February 7, 2008. Defendant's responses were due March 11, 2008.

On December 18, 2007, this Court issued a Memorandum Opinion and an Order permitting Plaintiff to conduct discovery. On January 17, 2008, this Court issued its Order denying Defendant's motion for reconsideration.

On February 12, 2008 Plaintiff's counsel left a voicemail message for U.S. Attorney McBarnette about acceptable dates for the deposition of Ralph S. DiMaio. Defendant did not respond.

On February 14, 2008 Plaintiff served its Notice of Deposition of Ralph S. DiMaio to be held on March 19, 2008 in Washington D.C., which Notice included a request for production of documents at the taking of the deposition pursuant to F.R.C.P. Rule 30(b)(5). On February 27, 2008, Plaintiff electronically provided a courtesy copy of the Notice of Deposition of Ralph S. DiMaio to U.S. Attorney Fred Haynes and to Ellsworth Paxton of the same office. On March 13, 2008, Defendant informed Plaintiff that the deponent would be unavailable that date; Plaintiff consented to defer the deposition date.

## ARGUMENT

Defendant applies for the extension of time pursuant to Federal Rules Civil Procedure

Plaintiff's Opposition to Defendant's First Motion to Extend Time to Respond to Discovery, Case No. 06-0960    2

Plaintiff's Opposition to Defendant's First Motion to Extend Time to Respond to Discovery, Case No. 06-0960    3

(FRCP), Rule 6(b), which requires a showing of good cause. Defendant's Motion does not provide any good cause to extend the time for production of documents at the taking of the deposition. Defendant's Motion simply states, without explanation, that "additional time is needed to respond." Defendant has not provided any declaration supporting its motion. Defendant does not claim that the propounded discovery is overburdensome or otherwise improper.

## CONCLUSION

Defendant's Motion should be denied.

March 21, 2008                                      RESPECTFULLY SUBMITTED,


/S Brian Gaffney                                    /S/ Andrea Ferster
Brian Gaffney (pro hac vice)                        Andrea C. Ferster (#384648)
Matt McFarland (pro hac vice)                       Attorney at Law
LAW OFFICES OF BRIAN GAFFNEY                        1100 17th Street, N.W. 10th Floor
605 Market St., Suite 505                           Washington, D.C. 20036
San Francisco, CA 94105                             Telephone: (202) 974-5142
Telephone: (415) 442-0711                           Facsimile: (202) 331-9680