UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES,<br><br>         Plaintiff,<br>   v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>         Defendant. | Case No. 1:06-CIV-960 (RCL) |

## STATUS REPORT

In its January 7, 2013, filings, ECF No. 120 (motion to clarify the Court's August 14, 2012, memorandum opinion and order) and ECF No. 121 (notice of filing of search declaration), defendant (hereafter, CIA) explained that it anticipated being able to complete the processing of CIA-originated documents within two years and the processing of other government agency documents within three years. The current status of the CIA's search is described below.

### CIA-Originated Documents

Since its January 2013 filings, the CIA has completed its searches for responsive documents, excluding operational files, located in the Director's Area, the Directorate of Intelligence ("DI"), the Directorate of Support

("DS"), and the National Clandestine Service ("NCS").  Namely, the Director's Area and the DI have completed searches for records pertaining to Pablo Escobar (they had previously searched for records pertaining to PEPES) and the DS and NCS have completed searches for both Escobar and PEPES.  As explained in January 2013, the Directorate of Science & Technology had earlier completed its search of non-operational files and determined that it had no records pertaining to Perseguidos por Pablo Escobar ("PEPES") or Escobar.  See ECF No. 121, Declaration of Martha Lutz, ¶ 7.

Upon examining the search results, CIA personnel have determined that there is a smaller volume of responsive records than originally estimated.  CIA personnel currently believe that a substantial portion of the CIA-originated records can be processed by January 31, 2014.

Other Government Agency Documents

In the course of the DI's searches, the CIA has located records that originated with Other Government Agencies ("OGAs").  These documents were located in a DI electronic database that houses both CIA and OGA documents.  Due to the broad nature of plaintiff's request, which asks for all records that "mention or relate to" Escobar or PEPES, the CIA has confirmed its prior belief that a substantial portion of the OGA documents

contain only passing references to Escobar, rather than substantive information about his life or death. For example, some documents that post-date his death discuss changes that occurred "after the days of Pablo Escobar" or events that happened "since the demise of Pablo Escobar" –- but the information that follows deals generally with drug trafficking or cartels. Additionally, many records pertain to Escobar's family or his associates and are only responsive because they mention his name in a relational way.

IMS personnel are in the process of uploading the OGA documents into the CIA's Classified Automated Declassification and Review Environment ("CADRE") system.[1] The CIA plans to review the records in OGA-specific batches in an effort to streamline the FOIA referral process. Once the review of an agency's records is completed, the CIA will refer that group of documents to the originating agency. The CIA will request that the OGAs complete their reviews as soon as practicable and respond directly to the plaintiff.

                Respectfully submitted,

                RONALD C. MACHEN JR., D.C. Bar #447889
                United States Attorney

---

[1] CADRE is the repository for documents related to various release programs, including Freedom of Information Act ("FOIA"), Privacy Act, and Mandatory Declassification Review, and it also serves as the application for redacting and marking documents responsive to information access requests.

    for the District of Columbia

    DANIEL F. VAN HORN, D.C. Bar #924092
    Chief, Civil Division

        /s/ *Fred E. Haynes*
    FRED E. HAYNES, D.C. Bar #165654
    Assistant United States Attorney
    555 Fourth Street, N.W., Room E-4110
    Washington, D.C. 20530
    202.514.7201
    fred.haynes@usdoj.gov