UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES,<br>      Plaintiff,<br><br>v.<br><br>UNITED STATES CENTRAL<br>INTELLIGENCE AGENCY,<br>      Defendant. | Civil Action No. 06-960 (RCL) |

## ORDER

This Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552 *et seq.*, case once again comes before the Court on defendant's Motion for Summary Judgment [23] and plaintiff's Cross-motion for Summary Judgment [32], as well as defendant's Motion to Clarify the Court's August 18, 2012 Memorandum Opinion and Order [120], plaintiff's Opposition to defendant's Motion for Clarification [122], and defendant's Reply in Support of its Motion for Clarification [123]. Upon consideration of these filings, the applicable law, and the entire record in this case, it is hereby

**ORDERED** that defendant's Motion to Clarify the Court's August 18, 2012 Memorandum Opinion and Order [120] is GRANTED. This Court had not previously ruled on whether defendant was obliged to search its operational files and whether any statutory exception to the operational file exemption applied. Accordingly, it is hereby

**ORDERED** that on the issue of the application of the special activity exception to the three directorates defendant resisted searching because it believed that any responsive records would reside in operational files, plaintiff's Cross-Motion for summary judgment is GRANTED and defendant's Motion for summary judgment is DENIED; and it is further

**ORDERED** that on the issue of the application of the investigation exception to the three directorates defendant resisted searching because it believed that any responsive records would reside in operational files, defendant's Motion for summary judgment is GRANTED and plaintiff's Cross-motion for summary judgment is DENIED. Accordingly, it is hereby

**ORDERED** that defendant must search the Directorate of Science & Technology, the National Clandestine Service, and the Directorate of Support, and that defendant's operational files in those directorates shall be subject to that search for any information concerning the declassified special activity identified in the Memorandum Opinion which accompanies this Order; and it is further

**ORDERED** that defendant shall produce a *Vaughn* Index for the aforementioned searches that (1) identifies each document withheld; (2) states the statutory exemption claimed for each withheld document; and (3) explains how disclosure would damage the interests protected by the claimed exemption; and it is further

**ORDERED** that dates for the completion of the search and production of this new *Vaughn* Index shall be set at the hearing scheduled for 10:00 am on August 20, 2015.

It is **SO ORDERED** this 19th day of August, 2015.

Signed by Royce C. Lamberth, Judge, on August 19, 2015.