UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INSTITUTE FOR POLICY STUDIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0960 RCL |
| | ) | |
| CENTRAL INTELLIGENCE AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF PROPOSED SCHEDULING ORDER CONCERNING
THE REMAINING DECLARATIONS AND/OR VAUGHN INDICES

In accordance with the Court's instructions at the August 20, 2015 Status Conference, the parties have met and conferred concerning a schedule for production to plaintiff of declarations and/or Vaughn indices by the agencies to which documents were referred by the Central Intelligence Agency ("CIA").

As a preliminary matter, the Parties note that:

The Executive Office for United States Attorneys ("EOUSA") submitted a declaration of John F. Boseker to Plaintiff on August 6, 2015.

The U.S. Coast Guard submitted a Vaughn index to Plaintiff on August 20, 2015.

The one document referred by CIA to the National Security Council has been released in full to Plaintiff, and thus Defendant does not foresee preparing a declaration and/or Vaughn index.

For the two documents referred by the CIA to the U.S. Air Force, Defendant does not foresee preparing a declaration and/or Vaughn index as one document was released to plaintiff with a redaction and one document was sent to EOUSA which addressed this same document in the declaration of John F. Boseker submitted to Plaintiff on August 6, 2015.

The parties have agreed to the following schedule for government agencies to produce declarations and/or Vaughn indices related to their redactions and withholdings in this matter:

A supplemental Vaughn index from the CIA will be submitted to plaintiff by September 10, 2015.

A declaration and/or Vaughn index from the Federal Bureau of Investigation will be submitted to Plaintiff by September 10, 2015.

A declaration from the National Security Agency will be submitted to Plaintiff by September 15, 2015;

A declaration from the National Geospatial-Intelligence Agency will be submitted to Plaintiff by September 15, 2015.

A Vaughn index from the Department of Defense will be submitted to plaintiff by September 30, 2015;

A Vaughn index from the Drug Enforcement Administration will be submitted to plaintiff by September 30, 2015;

A Vaughn index from the Defense Intelligence Agency will be submitted to plaintiff by August 31, 2015.

A Vaughn index from the Department of State will be submitted to plaintiff by October 15, 2015.

By October 15, 2015, counsel for defendant will have determined whether any documents that were referred to a specific agency by the CIA were re-referred by the receiving agency to another agency. To the extent that such re-referrals have not been addressed in the declarations and/or Vaughn indices set forth above, declarations and/or Vaughn indices will be submitted by October 15, 2015, for these documents.

By agreeing to the scheduling herein, Plaintiff does not concede to the adequacy or completeness of the government agencies' proposed declarations and Vaughn indices.

After the declarations and Vaughn indices described herein are submitted to Plaintiff, the parties will meet and confer prior to filing any dispositive motions in regards thereto.

Undersigned counsel has been authorized to submit this notice also on behalf of plaintiff. A draft proposed order is attached hereto.

        Respectfully submitted,

        VINCENT H. COHEN, JR., D.C. Bar #471489
        Acting United States Attorney
        for the District of Columbia

        DANIEL F. VAN HORN, D.C. Bar #924092
        Chief, Civil Division

        BY:  /s/ *Fred E. Haynes*
        FRED E. HAYNES, D.C. Bar #165654
        Assistant United States Attorney
        555 Fourth Street, N.W., Room E-4110
        Washington, D.C. 20530
        202.252.2550
        fred.haynes@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0960 RCL |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the parties proposed schedule for the production by defendant of further declarations and/or Vaughn indices in this case, it is this ___ day of _____, 2015, hereby

ORDERED that a supplemental Vaughn index from the CIA will be submitted to plaintiff by September 10, 2015; and it further

ORDERED that a declaration and/or Vaughn index from the Federal Bureau of Investigation will be submitted to Plaintiff by September 10, 2015; and it further

ORDERED that a declaration from the National Security Agency will be submitted to Plaintiff by September 15, 2015; and it further

ORDERED that a declaration from the National Geospatial-Intelligence Agency will be submitted to Plaintiff by September 15, 2015; and it further

ORDERED that a Vaughn index from the Department of Defense will be submitted to plaintiff by September 30, 2015; and it further

ORDERED that a Vaughn index from the Drug Enforcement Administration will be submitted to plaintiff by September 30, 2015; and it further

ORDERED that a Vaughn index from the Defense Intelligence Agency will be submitted to plaintiff by August 31, 2015; and it further

ORDERED that a Vaughn index from the Department of State will be submitted to plaintiff by October 15, 2015; and it further

ORDERED that by October 15, 2015, counsel for defendant will have determined whether any documents that were referred to a specific agency by the CIA were re-referred by the receiving agency to another agency. To the extent that such re-referrals have not been addressed in the declarations and/or Vaughn indices set forth above, declarations and/or Vaughn indices will be submitted by October 15, 2015, for these documents.

                                                  UNITED STATES DISTRICT JUDGE