## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>) | Case No. 06-CV-00960 (RCL) |

## PLAINTIFF'S MOTION TO STRIKE DECLARATION OF LAURA MALOWANE

Defendant Central Intelligence Agency ("CIA") has submitted the Declaration of Dr. Laura A. Malowane in another matter: Citizens for Responsibility and Ethics in Washington v. U.S. Department of Justice, D.C. Civ. No. 12-1491 (JDB) ("Malowane Dec."). Malowane has not reviewed the court materials in this IPS matter. Malowane Dec., ¶3. Malowane has not reviewed the pleadings of either plaintiff or defendant in this IPS matter. Malowane Dec., ¶5. Malowane does not provide an opinion about the appropriate attorney rate matrix to use for the calculation of reasonable attorneys' fees in this IPS matter. Malowane Dec., ¶3. Malowane does not provide an opinion about the prevailing hourly rate in the community for litigation attorneys with similar experience as that of IPS' attorneys. Malowane Dec., ¶4.

Plaintiff, Institute for Policy Studies, objects to the Malowane declaration [Dkt 196-1] and hereby moves to strike it pursuant to Federal Rules of Evidence 602 and 702, and Local Civil Rule 5.1.

Federal Rule of Evidence 602.

If Malowane is a lay witness, she has given no indication of having first-hand knowledge of the facts of this case. A lay witness may not testify to a matter where there is no evidence that the witness has personal knowledge of the matter. Fed. R. Evid. 602. On this basis, Plaintiff objects to the Malowane declaration and moves to strike the declaration at Dkt 196-1.

Federal Rule of Evidence 702.

In the alternative, if Malowane is being offered as an expert witness, her testimony is not based on sufficient facts and data to opine about the prevailing hourly rate in the community for litigation attorneys with similar experience as that of IPS' attorneys. Fed. R. Evid. 702. In *Estate of Gaither ex rel. Gaither v. D.C.*, 831 F. Supp. 2d 56 (D.D.C. 2011) this Court granted a motion to strike an expert declaration where the expert had not reviewed specific data, and thus there was too

great a gap between the factual basis and the proffered opinion. "With this limited showing, Plaintiff has failed to satisfy the Court that expert's opinion is "based on sufficient facts or data" and "the product of reliable principles and methods. Fed. R. Evid. 702." *Id*. at 66.

The absence of sufficient facts and data is particularly true here because under well established precedent the prevailing fee rate must consider the skills and reputation of counsel, and the complexity of the matter. Not having reviewed IPS' interim fee motion and supporting declarations, nor the court materials in this matter, Malowane does not have sufficient facts and data to opine about the prevailing hourly rates here. Therefore, Plaintiff objects to the Malowane declaration and moves to strike the declaration at Dkt 196-1 in its entirety.

Local Civil Rule 5.1

A document that does not conform to the requirements of Local Civil Rule 5.1 and Fed. R. Civ. P. 10(a) shall not be accepted for filing. LCvR 5.1, subd. (g). The Malowane declaration does not contain the case name and case number of this IPS matter as required. Plaintiff objects to the Malowane declaration and moves to strike the declaration at Dkt 196-1 in its entirety.

DATED: November 5, 2015                                    RESPECTFULLY SUBMITTED,

*/S/ Brian Gaffney*                                                     */S/ Andrea Ferster*
Brian Gaffney (pro hac vice)                                Andrea C. Ferster (#384648)
LAW OFFICES OF BRIAN GAFFNEY APC     2121 Ward Court, N.W. 5th Fl.
446 Old County Road, Suite 100-310                Washington, D.C. 20037
Pacifica, CA 94044                                              Tel (202) 974-5142
650 219 3187 office                                             Fax (202) 223-9257
650 733 7793 fax                                                 e-mail: aferster@railstotrails.org
brian@gaffneylegal.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES CENTRAL )<br>INTELLIGENCE AGENCY )<br>)<br>Defendant. )<br>) | Case No. 06-CV-00960 (RCL) |

## ORDER

The Court having considered Plaintiff's Motion to Strike the Declaration of Laura Malowane, and Good Cause appearing, it is hereby,

ORDERED that Plaintiff's motion to strike is GRANTED, and the Declaration of Laura Malowane is stricken.

Dated: _____

_____

ROYCE C. LAMBERTH

United States District Judge