UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CENTRAL INTELLIGENCE AGENCY,  )<br>  )<br>Defendant.  )<br>  ) | Civil Action No. 06-0960-RCL |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk will kindly enter the appearance of Assistant United States Attorney Alan Burch and remove the appearance of Assistant United States Attorney Damon Taaffe as counsel for Defendant in this case.

September 19, 2019

Respectfully submitted,

  /s/ *Alan Burch*
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 Fourth St., NW
Washington, DC 20530
(202) 252-2550
alan.burch@usdoj.gov

*Counsel for Defendant*