UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR POLICY STUDIES,<br><br>*Plaintiff,*<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>*Defendant.* | Civil Action No. 06-0960 (RCL) |

**JOINT STATUS REPORT**

Plaintiff Institute for Policy Studies and Defendant Central Intelligence Agency ("CIA") respectfully submit this Joint Status Report ("JSR") to track the progress of the CIA's continued re-processing of records in this case in response to the Court's July 31, 2019 Opinion and Order, ECF Nos. 296 & 297. Below are updates from each of the five agencies involved in the re-processing of records, as well as Plaintiff's responses thereto.

**CENTRAL INTELLIGENCE AGENCY**

**Agency's position:** On September 12, 2023, Plaintiff presented CIA with issues of concern regarding certain redactions. CIA is reviewing the approximately 40 records identified by Plaintiff and intends to respond to Plaintiff's inquiry, either by producing additional withheld materials or providing further explanation for the withholding of certain materials. Due to current staffing limitations, pre-existing Court-ordered productions in other matters, and a recent reorganization of CIA's FOIA operations, CIA currently cannot offer an estimate for how long this process will take, but intends to provide Plaintiff an update on this matter as soon as practicable.

**Plaintiff's position:** Approximately 6 months ago, in an attempt to narrow the scope of any disputes over the adequacy of Defendant's withholdings, Plaintiff on September 12, 2023 wrote detailing almost 40 documents "re-released" but still containing "NR" or Non-Responsive redactions and withholdings. Plaintiff requested that Defendant correct the improper withholding decisions or provide explanations for their legitimacy.

The issue of these NR redactions and withholdings goes to the heart of this Court's July, 2019 Opinion and Order granting summary judgment where this Court ruled that *Am. Immigration Lawyers Ass'n v. Exec. Office for Immigration Review (AILA)*, 830 F.3d 667, 676-79 (D.C. Cir. 2016) "ended" the practice of redacting portions of documents as nonresponsive. [Dkt. 296]

Defendant's position in this JSR that it "cannot offer an estimate for how long this process will take, but intends to provide Plaintiff an update on this matter as soon as practicable" contradicts this Court's directive and the prior positions taken by Defendant. In its July, 2019 Order granting summary judgment the Court ordered a "schedule for future disclosures (including any additional reprocessing of records)." [Dkt. 297] In August, 2019 after conferring the parties agreed that "in the interests of speed and efficiency" the agencies will process the "entirety" of any records relating to Central and South America. [Dkt. 298]  Three months ago Defendant informed the Court that it intended to "provide Plaintiff a further update on this matter in the near future." [Dkt. 328]

Over four years ago the Court expressed its frustration with the unending nature this case, stating "It is time to bring this litigation to an end." [Dkt. 302]

Plaintiff requests the Court hold a status conference as soon as possible to set a schedule for processing and release of the remaining records by CIA and the other agencies below.

## DEPARTMENT OF DEFENSE

**Agency's position:** No update.

**Plaintiff's position:** Plaintiff has concerns about the completeness of the DOD's disclosures and DOD's updated *Vaughn* index, given the over-1000 pages which DOD represented in the December 15, 2021 JSR (Dkt 319) that it would not release. On July 19, 2021, Defendant represented to the Court that "DOD reports …that is [sic] will be sending 1,062 pages to DIA for processing and direct release to Plaintiff." [Dkt. 316] On July 20, 2021, US Attorney John Moustakas stated that DOD, not DIA, would be responsible for the release of the "roughly 1000 pages." These 1000 pages have not been released by DOD or DIA.

## DEFENSE INTELLIGENCE AGENCY

**Agency's position:** Since the parties' last JSR, the Defense Intelligence Agency ("DIA") produced 27 pages in December 2023, 8 pages in January 2024, and 12 pages in February 2024, all partially withheld. Three records remain to be processed. DIA continues to release additional records once other agencies to whom it has referred records for consultation complete their review. DIA anticipates continuing to make monthly releases to Plaintiff.

**Plaintiff's position:** On December 15, 2021 (Dkt 319), DIA represented to the Court that it had 117 records left to process and a goal of processing 15-20 records per month, and more than that if possible. Plaintiff estimates that DIA has at least 25 more records to process and release, based on the records released since December, 2021. Plaintiff estimates that on average DIA has released less than four documents per month, and since the last JSR has released only 1 or 2 documents per month.

DIA's lackluster performance does not even include the 1,097 pages that DOD reported in May 2021 it was referring to DIA.

3

Neither DIA nor Defendant have provided Plaintiff with dates certain for: (1) completion of DIA record disclosures to Plaintiff or (2) a DIA *Vaughn* index.

## DRUG ENFORCEMENT ADMINISTRATION

**Agency's position:** On February 11, 2024, Plaintiff sent the Drug Enforcement Agency ("DEA") a letter containing three inquiries: the first two requesting that DEA release different versions of certain records, and the third expressing concern with the adequacy of DEA's search for responsive records. As to the first two inquiries, DEA has released to Plaintiff the only versions of the records at issue that it possesses. As to the third inquiry, DEA had no obligation to conduct a search. That is because this suit does not concern a FOIA request directed to DEA; rather, other agencies consulted with DEA prior to releasing records or referred records to DEA for direct release. As such, DEA merely provided consultation and processed the records sent to it.

**Plaintiff's position:** On February 11, 2024, Plaintiff sent Defendant, not DEA, a letter again seeking to eliminate, or at least narrow the scope of, any disputes over the legal adequacy of the DEA record withholding decisions. Plaintiff's correspondence addressed 1) a DEA re-released document which still included "Non-Response" ("NR") redactions, 2) supplemental disclosed DEA documents which are illegible whereas the previously released with improper "NR" redactions were more legible, and 3) the adequacy of DEA's search and disclosure given examples of DEA records which Plaintiff had obtained but which were not included in Defendant's release in this case.

Defendant has provided no response to Plaintiffs February 11th correspondence other than its assertions in the instant JSR *supra*.

## DEPARTMENT OF STATE

**Agency's position:** No update.

**Plaintiff's Position:** Plaintiff is in the process of reviewing the Department of State's draft *Vaughn* Index and released records.

## NEXT SCHEDULED JOINT STATUS REPORT

The parties propose to submit a further JSR by no later than June 5, 2024.

Plaintiff requests the Court hold a status conference as soon as possible to set a schedule for processing and release of the remaining records by CIA and the other agencies.

| | |
|---|---|
| Dated: March 4, 2024 | Respectfully submitted, |
| /s/ *Brian Gaffney*<br>Brian Gaffney<br>LAW OFFICES OF BRIAN GAFFNEY APC<br>2370 Market Street, Suite 103-318<br>San Francisco, CA 94114<br>(650) 219-3187<br>brian@gaffneylegal.com | MATTHEW M. GRAVES,<br>United States Attorney<br>D.C. Bar No. 481052<br><br>BRIAN P. HUDAK<br>Chief, Civil Division |
| /s/ *David Bahr*<br>David Bahr (DC Bar No. OR0001)<br>Bahr Law Offices, P.C.<br>1035 ½ Monroe Street Eugene, OR 97402<br>(541) 556-6439<br>davebahr@mindspring.com | /s/ *Bradley G. Silverman*<br>BRADLEY G. SILVERMAN<br>Assistant United States Attorney<br>DC Bar #1531664<br>U.S. Attorney's Office<br>District of Columbia<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252-2575<br>bradley.silverman@usdoj.gov |
| *Counsel for Plaintiff* | *Attorneys for the United States of America* |